# EXHIBIT A

# David M. Anderson

1771 City Heights Dr., St. Paul, MN          763-258-4860          DavidAndersonPhD@gmail.com

> Experienced, innovative pharma/materials scientist with internationally recognized accomplishments in injectables, controlled-release, colloids, and biomaterials.

► 2012 – present                    TexDel, Inc.                    Co-founder, Principal Scientist

**Scope**:

Technical—Lead inventor and scientist in novel drug-delivery technologies including dermal, local, and transdermal delivery through articles of clothing and linens (e.g., antifungal-releasing socks, analgesic-releasing compression sleeves, etc.).  Zero-order release kinetics follow from the structure of the yarn composing the textile, water-impermeable polymers and structural characteristics protect active components from release during laundering, and manufacturing conforms with standards in the textile industry.  My lab develops production methodology and not only tech-transfers this to mills but also supports production-scale development, troubleshooting, and QA/QC.  Related IP extends the drug-delivery approach to "depot" formulations.  Instrumental in the raising of $3MM investor money as well as $900K/yr for 3 years from the U.S. Army.

► 1999 – 2011:                    Lyotropic Therapeutics, Inc.          Co-founder, Principal Scientist

**Company profile**: Specialty pharma, grew from 3 to 8 employees, licensing/royalties-based revenues. Products developed out of my patented solubilization, delivery and chemical stabilization technologies.

**Scope**:

Technical—Led technical R&D from formulation conception through tech-transfer of product to licensing partner.  Innovated a continuous stream of patent-protected D-D vehicles and processes for products with difficultly-soluble APIs, for injectable and ophthalmic routes, and drug-device combinations. Devised formulations as dispersions, solutions and lyophilized dosage forms incorporating proprietary colloidal liquid crystal solubilization technology, and novel peptide/protein-stabilizing formulations inhibiting degradative deamidation.  Exploited expertise in DoE and data interpretation in analytical and stability program—microscopy (DIC, polarizing, epifluorescence), light scattering spectroscopy, HPLC for potency/impurities/degradants, and ELISAs were performed in-house, while Raman Confocal microscopy, rheometry, ellipsometry, SAXS, XRD, ICP and NMR were performed by myself through arrangements with outside labs.  Designed novel coronary drug-eluting stents (DES) for linear release of endothelial health promoting APIs. Modeling, simulation and interpretation of NMR, UV-Vis spectroscopy, TEM, DSC, Raman confocal microscopy and sophisticated light and X-ray scattering experiment data, probing a range of phenomena and processes including chemical complexation, lipid self-assembly, solubilization, sedimentation, Ostwald ripening, diffusion, hydrolysis, adsorption, PK/PD, etc.  Developed and comparison-tested formulations based on such materials as lipid nanoparticles, nanocrystals, emulsions, liposomes, cyclodextrins, micelles, microemulsions, cubosomes, polymer encapsulation, lyophilized powders, and resorbable hydrogels.  Processed formulations using high-speed homogenization, microfluidization, lyophilization/freeze-drying, UF/TFF and sterile filtration, steam sterilization, gamma irradiation, centrifugation, sonication, coacervation, phase transformations, and to a lesser extent spray-drying, extrusion, chemical precipitation, interfacial reactions, and polymerization.  Interfaced with raw materials suppliers and sourced excipients and APIs for GMP studies, including DMF open sections.  Formulated small molecules through sale and tech transfer/CMC, as well as peptides, antibodies and siRNA's.  Wrote all patents and office action responses, and technical due diligence documents.

Managerial—In this entrepreneurial environment, managed a lab of 3-6 MS/PhD level scientists, reported directly to the CEO, and supervised internal project management as well as technical interfacing with outside collaborators and licensees.  Once products were carried up the development curve to human/animal *in vivo* testing with subsequent sale to industrial partners, spearheaded technical scale-up and transfer to CMO's, and support of CMC preparation and NDA filings.  Transferred products via on-site work at GMP sites, scale-up oversight, in-process QC development, equipment/vendor selection, etc.

**Accomplishments:**
- Ryanodex® Dantrolene Sodium Injectable Suspension hospital drug formulation (see www. Ryanodex.com), FDA-approved (NDA 205579) on July 22, 2014, marketed Q4 2014, sales for Q2 2015 were $1.4MM and rising.
- Double-digit royalty rate realized for core products → successful exit strategy.
- Led in the development and tech-transfer of both ANDA and 505(b)(2) products.
- Seven (7) international patents issued with expiration as late as 2028.
- Tech-transferred patents, methods and compositions to CRO for ongoing application.

► 1995 – 1999:                    SelectRelease, LLC                    Principal Scientist

**Company profile**: Startup venture, 3 people, precursor company to Lyotropic Therapeutics.  Several thrusts including novel filtration/separations materials, colloidal microencapsulation formulations, and defense contract work in bioanalytics/aerobiology.  Developed surfactant- and lipid-based formulations for personal care/cleaning, nutritional/nutriceutical, cosmetic/cosmeceutical, OTC pharmaceutical, and food/beverage products using my proprietary technology for solubilization of poorly-soluble actives.  Actives encapsulated include capsaicin, Coenzyme Q10, vitamins, herbal extracts, benzoyl peroxide, bacteriostats, Photofrin®, antibodies, and the N-acetylcholine receptor.  Particular application areas included acne/skin treatment, dietary supplements, rodent deterrents, and also clinical diagnostics.  Focus was on implementation of controlled-release / encapsulation.  Additionally, work funded by the Army on the design of instrumentation for isolating and identifying viruses in environmental samples continued, resulting in the design and construction of novel ultrafiltration housings, and of aggregate systems incorporating UF, ultracentrifugation, and state-of-art aerosol characterization instruments.  Work included the first reported detection and sizing of virus particles using aerosol methods.

**Responsibilities**: Performed all hands-on experimental work and oversight of research and development activities, analysis and report/proposal writing.  Also provided input into strategic planning, intellectual property and contracting, and technology acquisition.

**Accomplishments**: Built the technology, patent base, and the funding and executive team that became Lyotropic Therapeutics.  In particular, *the pharmaceutical rights to the technology and my employ were acquired by Lyotropics in 1999*.

► 1991 – 1995:          Biomaterials Department, Univ. at Buffalo          Assistant Professor

**Responsibilities:**

Teaching—Taught Biophysics, Biomaterials, and a post-graduate Polymer Chemistry course of my own design and implementation.  Supervisor for two graduate students.  Also taught summer course for inner-city high school students.

Research—Led a research group focused on the formation of nanoporous materials through the polymerization of lyotropic (lipid-based) liquid crystals, with subsequent post-processing including electroplating at the nanostructured level.  Advanced the application of these nanostructured polymers for

bioseparations—ultrafiltration, chromatography, other bioassays—and for encapsulation and superporous / superabsorbent hydrogels as well as biodegrable/bioresorbable polymers based depot formulations. Siloxanes (aliphatic and aromatic), acrylates, olefins, PUFAs, epoxides, polyesters, alkyd resins, gelatins and other gelling biomacromolecules, hydrogel polymers such as polyHEMA, etc., were all adapted to the proprietary liquid crystal polymerization technology pioneered in my lab.

**Accomplishments:**
- Awarded SBIR grants from DoD and NIH, and the NSF/Industry Center for Biosurfaces.
- Implemented a graduate Polymers course with a particular emphasis on biomacromolecules.
- Graduated 2 Masters degree students.
- Contract research at the Army Edgewood Research Development and Engineering Command on detection of viral warfare threats resulted in U.S. patent 6,051,189, later sold to Univ. Buffalo.

## OTHER AFFILIATIONS AND AWARDS

Graduation with high distinction; Tau Beta Pi, Phi Kappa Phi; Runner-up in 1993 Niagara Frontier Inventor of the Year Award; Finalist in 1997 Richmond's New Technology of the Year; Runner-up in Swedish "Innovation Cup" invention contest (Dagens Industri); member American Association of Pharmaceutical Scientists (AAPS), and American Chemical Society (ACS); Strathmore's Who's Who, Virginia Academy of Science, National Directory of Scientific Experts.

## EXPERT WITNESS

Expert witness in 2010 in litigation between Nycomed and Graceway/3M Pharmaceuticals over Imiquimod cream relevant to U.S. Patent No. 7,655,672. (GRACEWAY PHARMACEUTICALS, LLC V. PERRIGO COMPANY, N.J. 6-10-2010; Civil Action Number: 2:10-cv-00937).

Expert witness (2016) in a patentability dispute between Cephalon and several competitors over a formulation of bendamustine, centered around patent and chemistry issues related to my patent application 2003/0045587. (Civil Action No. 13-2046-GMS).

## CORE SKILLS

**Instrumentation skills**.

APIs/preformulation: X-ray diffraction; Raman spectroscopy; HPLC (potency, degradants, purity, linearity, accuracy, precision, LOQ, LOD) with detection via UV-Vis, fluorescence, and conductivity; content uniformity, dissolution/elution incl. sustained- and immediate release formulations, paddle wheel apparatus; forced degradation incl. gamma irradiation stability; moisture content from Karl-Fisher; salt forms; etc., etc.

Colloids/interfaces/adsorption: Ellipsometry and optical response modeling including ultrathin films and multistack composites, DSC/TGA, fluorescence microscopy (both confocal and epifluorescence), adsorption of nanoparticles, as well as viruses and bacteria, as a function of surface treatment, light-scattering based particle sizing and zeta potential measurements and interpretation; drug elution from particulate formulations with paddle wheel apparatus; ultrafine particle production methods including micronization and high-pressure homogenization ("microfluidization"), electrospray nebulizers,  condensation particle counters, differential mobility analyzers, impactors, etc.  On an informal basis served as consultant to Beckman-Coulter in the evaluation of new particle sizing/zeta instruments.

Nanotech/microporous materials: Extensive studies of nanostructured materials with small- and wide-angle X-ray diffraction (SAXS, XRD), TEM, SEM, EDX, thermoporometry, polarizing  and DIC optical microscopy, and high-resolution Raman spectroscopic confocal microscopy.  The first to publish and patent isoporous polymers produced from lattice-ordered nanostructured liquid crystals, and application thereof in separations with characterization by porosimetry, enzyme ELISA and RIA assays, protein adsorption and absorption, and MW cut-off determinations; also developed functional housings for rapid UF in virus detection; employed sterile filtration (0.2 micron) in both solution and colloidal dispersion formulations, and

in both cartridge and tangential-flow filtration (TFF) modes.

<u>Polymers</u>: Seminal work in the polymerization of lipid- and terpenoid-based natural materials, as well as synthetics such as acrylates, styrenes, norbornenes, epoxies, lactones, crosslinkable polysiloxanes, etc.; polymerization methods included radical, autoxidative, e-beam, epoxide and ring-opening metathesis polymerizations, the latter through work in Robert Grubbs' Caltech lab; decoration and post-treatments included membrane protein incorporation, conducting polymer formation within porespace, templating via electroless plating and mineralization; traditional processing methods such as screw-extrusion, coacervation, spray-drying, critical point drying, melt-blowing, 2-phase aqueous equilibria, and to a lesser extent spin-coating and roll-coating.

<u>General</u>: NMR, ICP, IR, UV-Vis, liquid chromatography (HPLC), electro/electroless plating, anodizing, etc. Short course certifications in rheology, DSC, XRD, and laser particle sizers.

**Mathematics/modeling/computer skills**.   Strong mathematical, modeling, and computing skills, with implementation ranging from PC's to mainframes to supercomputers, including innovative state-of-art technical graphics.   Sophisticated finite element analyses, including 3D graphics representations of solutions, supported by direct analytical calculations including published methods for a wide range of applied mathematics problems relating to nanostructured materials.   Analytical and FEM solutions of flow patterns, diffusion profiles, scattering/diffraction phenomena, etc.   Modeled structure-property relations in polymers.  Modeling of thermodynamics, microstructures, spectroscopic and other measurements of complex structures.   Languages/programs used include FOTRAN, Unix, Mathematica, Excel, SEDFIT, ACDlabs, Aspen Plus, Design-Expert, and numerous instrument control/analysis software programs, etc., executed on laptops to mainframes to Cray supercomputers.

Areas of particular expertise include: probability and statistics; differential geometry; analysis including differential forms; calculus of variations; solution of nonlinear differential equations; abstract algebra including Galois Theory; ensemble averaging; solution of nonlinear differential equations; number theory; Monte Carlo simulation including simulated annealing; FEM; spectral/Fourier analysis, etc.

My modeling achievements in the field of liquid crystal nanostructures—including thermodynamic, microstructural, transport/diffusion, and scattering, spectral and TEM-ultrastructural—are known worldwide and have transformed the field from what had been semiquantitative at best, to, in many cases, what I have transformed into fully quantitative.

## SELECTED PUBLICATIONS.

E. L. Thomas, D. M. Anderson, C. S. Henkee, D. Hoffman, "Periodic area-minimizing surfaces in block copolymers", 1988, **Nature** 334, 598-601.

D. M. Anderson, S. M. Gruner and S. Leibler, "Geometrical aspects of frustration in the cubic phase of lyotropic liquid crystals", 1988, **Proc. Nat. Acad. Sci**. 85, 5364-5368.

D. M. Anderson, J. C. C. Nitsche, H. T. Davis, E. L. Scriven , "Periodic surfaces of prescribed mean curvature", **Adv. Chem. Phys.**, 77, 337-396.

Pelle Ström and D. M. Anderson, "The cubic phase in the system didodecyldimethylammonium bromide - water – styrene", **Langmuir**, 8, 691-702.

D. M. Anderson, P. Ström, "Polymerization of lyotropic liquid crystals", in: **Polymer Association Structures: Liquid Crystals and Microemulsions**, pp. 204-224, ed. M. El-Nokaly, ACS Symposium Series.

D. M. Anderson and H. Wennerström, "Self-diffusion in bicontinuous cubic phases, L3 phases, and microemulsions", **J. Phys. Chem**.

94, 8683-8694.

D. M. Anderson, H. Wennerström, U. Olsson, "Isotropic, bicontinuous solutions in surfactant-solvent systems: the L3 phase", **J. Phys. Chem.** 93, 4243-4253.

H. Wennerström and D. M. Anderson, "Curvature energies in surfactant microstructures: the difference curvature.  Applications to vesicle stability", **Statistical Thermodynamics and Differential Geometry of Microstructured Materials**, Eds. H. T. Davis and J.C.C. Nitsche, Springer-Verlag.

D. M. Anderson, J. Bellare, J. T. Hoffman, D. Hoffman, J. Gunther and E. L. Thomas, "Algorithms for the computer simulation of two-dimensional projections from structures determined by dividing surfaces", **J. Coll. Int. Sci.**, 148, 398-414.

D. M. Anderson and Pelle Ström, "Polymerized lyotropic liquid crystals as contact lens materials", **Physica A**, 176, 151-167.

D. M. Anderson, "A new technique for studying microstructures: 2H NMR bandshapes of polymerized surfactants and counterions in microstructures described by minimal surfaces", Supplement to **J. Physique**, Proceedings of Workshop on Geometry and Interfaces, Aussois, France, Sept. C71-1  -  C7-18.

D. M. Anderson, D. C. Martin, and E. L. Thomas, "Maximum entropy data restoration using both real and Fourier space analysis", **Acta Cryst.**, A45, 686-698.

D. M. Anderson, H. T. Davis, L. E. Scriven, "Mean and Gaussian curvatures of the randomly-decorated Voronoi and cubes tessellations", **J. Chem. Phys.**, 91 (5), 3246-3251.

B. Lindman, Kozo Shinoda, U. Olsson, D. M. Anderson, G. Karlström, and H. Wennerström, "On the demonstration of bicontinuous structures in microemulsions", **Colloids and Surfaces**, 38, 205-214.

D. M. Anderson and E. L. Thomas, "Morphology of star diblock copolymers in the strong-segregation limit", **Macromolecules** 21, 3221-3230.

D. M. Anderson and K. Frame, "Teacher access to mentors through professional scientist organizations and the Virginia Science Resource Network", **J. Va. Sci. Ed.**, 2(2):15-24.

**Additional book contributions:** Geometric Analysis and Computer Graphics, ed. P. Concus, #17 MSRI Series, Springer-Verlag; Lectures in Minimal Surfaces, J. C. C. Nitsche, Springer-Verlag; NSF Mosaic, "Computer Images in Five Dimensions", ed. W. Kornberg; Chemical & Engineering News; and Islands of Truth, Ivars Pearson.

## PATENTS AND PATENT APPLICATIONS.

D. M. Anderson, J. Schindler and E. S. Goebel, U.S. Patent No. 9,669,012 (issued 2017) "Delivery Systems".

D. M. Anderson, U.S. Patent No. 7,713,440 (issued 2010) and associated European Patents currently in various stages of issuance, "Stabilized uncoated particles of reverse liquid crystalline phase materials."

D. M. Anderson, U.S. Patent 7,838,515 (issued 2010) "Formulations of quaternary ammonium neuromuscular blocking agents".

D. M. Anderson, U.S. Provisional Patent Application USSN 61/624,430, "Coronary stents incorporating P2Y2 agonist".

D.  M. Anderson, U.S. Patent Application #20100316606 (notice of allowance received), "Stabilized formulations of peptides and proteins".

D. M. Anderson, U.S. Patent 8,858,927 (issued 2014), "Method for protection of peptides or proteins against non-enzymatic deamidation".

D. M. Anderson, V. M. Conklin and B. G. Cameransi, U.S. Patent 7,968,124 (issued 2011) "Compositions for the reversal and detoxification of anesthetics and other compounds and methods of their use".

D. M. Anderson, **U.S. Patent** No. 5,238,613 (issued 1993) and associated European Patent #0292145, "Microporous materials," based on the polymerization of lyotropic liquid crystals.

D. M. Anderson, **U.S. Patent** No. 5,244,799 (issued 1993) "Preparation of polymeric hydrogel containing micropores and macropores."

D. M. Anderson, B. G. Cameransi and V. M. Conklin, U.S. Patent No. 7,758,890 (Issued 2010), 8,685,460 (2014), "Treatment using dantrolene".

C. H. Wick and D. M. Anderson, **U.S. Patent** No. 6,051,189 (issued 2000) "System and method for detection, identification and monitoring of submicron particles".

D. M. Anderson, **U.S. Patent** Nos. 6,482,517 (issued 2002), 6,638,621 (issued 2003), and U.S. 6,989,195, and associated international patents, "Coated particle and methods of making and using the same".  Continuations of this patent line include U.S. 6,989,195 and U.S. 7,105,229.

D.M. Anderson, **U.S. Patent** No. 6,991,809 (issued 2005) "Particles with improved solubilization capacity", and associated international filings.

D.M. Anderson, **EPO Patent** (EP 01998324.6) allowed and currently issuing in European countries, and US App. No. 20030045587, "Solvent Systems".

## EDUCATION
**Ph. D. Chemical Engineering**, University of Minnesota.
   Advisors: H. Ted Davis and L. E. Scriven;  Enhanced Petroleum Recovery/Surfactant Microstructures Group.
   Thesis:  "Studies in the Microstructure of Microemulsions".
**M. S. Mathematics** (area of concn: Probability and Statistics), University of Minnesota.

# EXHIBIT B

Case 1:16-cv-00876-MSG   Document 92-1   Filed 11/22/17   Page 9 of 61 PageID #: 1488

International Union of Pure and Applied Chemistry

Organic Chemistry Division

Commission on Nomenclature of Organic Chemistry (III.1)

# A Guide to
# IUPAC Nomenclature
# of Organic Compounds
## Recommendations 1993

(including revisions, published and hitherto unpublished, to the
1979 edition of *Nomenclature of Organic Chemistry*)

Prepared for publication by

R. PANICO, W. H. POWELL and

JEAN-CLAUDE RICHER (Senior Editor)

OXFORD

BLACKWELL SCIENTIFIC PUBLICATIONS

LONDON EDINBURGH BOSTON

MELBOURNE PARIS BERLIN VIENNA





© 1993 International Union of Pure and
Applied Chemistry and published for them by
Blackwell Scientific Publications
Editorial Offices:
Osney Mead, Oxford OX2 0EL
25 John Street, London WC1N 2BL
23 Ainslie Place, Edinburgh EH3 6AJ
238 Main Street, Cambridge
  Massachusetts 02142, USA
54 University Street, Carlton
  Victoria 3053, Australia

Other Editorial Offices:
Librairie Arnette SA
1, rue de Lille
75007 Paris
France

Blackwell Wissenschaft-Verlag GmbH
Düsseldorfer Str. 38
D-10707 Berlin
Germany

Blackwell MZV
Feldgasse 13
A-1238 Wien
Austria

All rights reserved. No part of this
publication may be reproduced, stored
in a retrieval system, or transmitted, in
any form or by any means, electronic,
mechanical, photocopying, recording or
otherwise without the prior permission
of the copyright owner.

SECTIONS A AND B
First edition 1958, Second edition 1966
Third edition 1971 (combined with Section C)
Fourth edition 1979 (combined with Sections C,
  D, E, F & H)

SECTION C
First edition 1965
Second edition 1931 (combined with Sections A & B)
Third edition 1979 (combined with Sections A,
  B, D, E, F & H)

SECTIONS D, E, F, H
First edition 1979 (combined with Sections A, B & C)

This edition published 1993

The contents of the first edition of Section C appeared
in Pure and Applied Chemistry, Vol. 11, Nos 1–2 (1965).
The contents of the first edition of Section E appeared
in Pure and Applied Chemistry, Vol. 45, No. 1 (1976)
and of the first edition of Section H
in Vol. 51, No. 2 (1979)

Set by Macmillan India Ltd, Bangalore-25
Printed and bound in Great Britain
at the University Press, Cambridge

DISTRIBUTORS

Marston Book Services Ltd
PO Box 87
Oxford OX2 0DT
  (Orders: Tel: 0865 791155
           Fax: 0865 791927
           Telex: 837515)

Australia
  Blackwell Scientific Publications Pty Ltd
  54 University Street
  Carlton, Victoria 3053
  (Orders: Tel: (03) 347–5552)

USA and North America
  CRC Press, Inc.
  2000 Corporate Blvd, NW
  Boca Raton
  Florida 33431

A catalogue record for this book
is available from the British Library

ISBN 0-632-03488-2

Library of Congress
Cataloging-in-Publication Data

International Union of Pure and Applied Chemistry.
  Commission on the Nomenclature
  of Organic Chemistry.
  A guide to IUPAC nomenclature
  of organic compounds:
  recommendations 1993/International Union
  of Pure and Applied Chemistry,
  Organic Chemistry Division,
  Commission on Nomenclature of
  Organic Chemistry (III.1);
  prepared for publication by R. Panico and
  W. H. Powell, Jean-Claude Richer, senior editor.
      p.      cm.
  "Version: 92.08.15."
  Includes bibliographical references
  and index.
  ISBN 0-632-03488-2
  1. Chemistry, Organic—Nomenclature
  I. Panico, Robert, 1925-    . II. Powell, W. H.
  III. Richer, Jean-Claude.  IV. Title.
  QD291.157  1993
  547′.0014—dc20

# Contents

Membership of the Commission during the Preparation of this Guide, xi

List of Tables, xii

Preamble, xiii

R-0        INTRODUCTION, 1
R-0.0      Scope, 1
R-0.1      Conventions, 1
R-0.1.1      Spelling, 1
R-0.1.2      Position of locants, 1
R-0.1.3      Punctuation, 2
R-0.1.3.1      Commas, 2
R-0.1.3.2      Full stops, 2
R-0.1.3.3      Colons, 2
R-0.1.3.4      Hyphens, 2
R-0.1.3.5      Spaces, 3
R-0.1.4      Numerical (multiplicative) prefixes, 4
R-0.1.5      Enclosing marks, 5
R-0.1.5.1      Parentheses, 5
R-0.1.5.2      Square brackets, 6
R-0.1.5.3      Braces, 7
R-0.1.6      Italicization, 7
R-0.1.6.1      Lower case italic letters, 8
R-0.1.6.2      Italicized element symbols, 8
R-0.1.6.3      Italic words, syllables and capital roman letters, 8
R-0.1.7      Elision and addition of vowels, 8
R-0.1.8      Order of prefixes, 10
R-0.2      Glossary, 13
R-0.2.1      Parent structures, 13
R-0.2.1.1      Parent hydride, 13
R-0.2.1.2      Functional parent, 13
R-0.2.2      Groups, 13
R-0.2.2.1      Substituent atom or group, 13
R-0.2.2.2      Characteristic group, 13
R-0.2.2.3      Principal group, 13
R-0.2.3      Names, 14
R-0.2.3.1      Trivial name, 14
R-0.2.3.2      Semisystematic name or semitrivial name, 14
R-0.2.3.3      IUPAC name, 14
R-0.2.3.3.1      Fusion name, 14
R-0.2.3.3.2      Hantzsch–Widman name, 14
R-0.2.3.3.3      Functional class name, 14
R-0.2.3.3.4      Radicofunctional name, 15
R-0.2.3.3.5      Replacement name, 15
R-0.2.3.3.6      Substitutive name, 15

# List of Tables

1  Examples of nomenclature operations, 19
2  Mononuclear hydrides, 37
3  Hantzsch–Widman system prefixes, 42
4  Hantzsch–Widman system stems, 42
5  Suffixes and prefixes for some more important characteristic groups in substitutive nomenclature, 63
6  Affixes for ionic and radical centres in parent structures, 64
7  Functional parent acids and derived substituent groups of nitrogen and phosphorus, 65
8  Functional replacement prefixes and infixes, 66
9  Characteristic groups cited only as prefixes in substitutive nomenclature, 69
10  General classes of compounds in decreasing order of priority for choosing and naming a principal characteristic group, 70
11  Basic numerical terms (multiplying affixes), 71
12  Suffixes and endings for carboxylic acids, some related characteristic groups, and substituted derivatives, 107
13  Suffixes for replacement analogues of carboxylic acids, 111
14  Suffixes for sulfur acids and replacement modifications, 114
15  Functional parent compounds for phosphorus acids and functional replacement modifications, 116
16  Cyanide and related groups in order of decreasing priority for citation as functional class name, 131
17  Mononuclear parent ions, 136
18  Comparative examples of formulae and names for isotopically modified compounds, 161
19  Acyclic and monocyclic hydrocarbons, 162
20  Unsaturated polycyclic hydrocarbons, 164
21  Saturated polycyclic hydrocarbons, 166
22  Polycyclic hydrocarbon substituent prefixes, 166
23  Heterocyclic parent hydrides, 166
24  Hydrogenated heterocyclic parent hydrides, 171
25  Heterocyclic substituent groups and cations, 172
26  Hydroxy compounds, ethers, and related substituent groups, 173
27  Carbonyl compounds and derived substituent groups, 174
28  Carboxylic acids and related groups, 175
29  Amines, nitrogenous heterocyclic parent structures, and derived substituent groups, 177
30  Sulfides, sulfonic acids, and derived substituent groups, 178
31  Acyclic polynitrogen parent structures and derived substituent groups, 179
32  Halogen compounds, 180
33  'a' Prefixes used in replacement nomenclature, 182

# Preamble

The main purpose of chemical nomenclature is to identify a chemical species by means of written or spoken words. To be useful for *communication* among chemists, nomenclature for chemical compounds should additionally contain within itself an explicit or implied relationship to the structure of the compound, in order that the reader or listener can deduce the structure (and thus the identity) from the name. This purpose requires a system of principles and rules, the application of which gives rise to a *systematic nomenclature* (for examples, see the 1979 Edition of the IUPAC *Nomenclature of Organic Chemistry*[1]).

In contrast to such systematic names, there are traditional names, semisystematic or trivial, which are widely used for a core group of common compounds. Examples are 'acetic acid', 'benzene', 'cholesterol', 'styrene', 'formaldehyde', 'water', 'iron'. Many of these names are also part of general nonscientific language and are thus not confined to use within the science of chemistry. They are useful, and in many cases indispensable (consider the alternative systematic name for cholesterol, for example). Little is to be gained, and certainly much to be lost, by replacing such names. Therefore, where they meet the requirements of utility and precision, and can be expected to continue to be widely used by chemists and others, they are retained and, for the most part, preferred in this Guide.

Semisystematic names also exist, such as 'methane', 'propanol', and 'benzoic acid', which are so familiar that few chemists realize that they are not fully systematic. They are retained, and indeed, in some cases there are no better systematic alternatives.

It is important to recognize that the rules of systematic nomenclature need not necessarily lead to a unique name for each compound, but must always lead to an unambiguous one. Lucidity in communication often requires that the rules be applied with different priorities. A comparative discussion of the compounds $CH_3$–$CH$=$CH_2$, $Cl$–$CH_2$–$CH$=$CH_2$,    $C_6H_5$–$CH_2$–$CH$=$CH_2$,    $H_2N$–$CH_2$–$CH$=$CH_2$    and $HO$–$CH_2$–$CH$=$CH_2$, might be easier to follow if they were all named as propenes, even though with the last three, the benzene ring, amino, and hydroxy groups may have seniority over the double bond for citation as a parent or as a suffix. In other cases, a set of rules that generates clear and efficient names for some compounds can lead to clumsy and nearly unrecognizable names for others, even closely related ones. To force the naming of all compounds into the Procrustean bed of one set of rules would not serve the needs of general communication, and the Commission believes that the majority of organic chemists would not accept such a policy for general communication. This situation can be illustrated by a compound that most chemists would probably name as 'pentaphenylethane', instinctively, whereas the application of a principle favouring rings

[1] International Union of Pure and Applied Chemistry, Organic Chemistry Division, Commission on Nomenclature of Organic Chemistry, *Nomenclature of Organic Chemistry, Sections A, B, C, D, E, F, and H*, 1979 Edition, J. Rigaudy and S. P. Klesney, eds, Pergamon Press, Oxford, 1979, 559 pp.

over chains leads to a name such as 'ethanepentaylpentabenzene'. The first name is certainly more easily recognized than the second. Another example is compound (1), which would be named 'benzoazete' by application of fusion nomenclature principles, but von Baeyer nomenclature would give the name '7-azabicyclo[4.2.0]octa-1,3,5,7-tetraene'. On the other hand, von Baeyer nomenclature is most useful with compounds such as 'bicyclo[4.3.2]undecane' (2).



(1)      (2)

In view of the foregoing considerations, this *Guide to IUPAC Nomenclature of Organic Compounds* often presents alternative sets of rules, equally systematic, wherever available and justifiable, to enable a user to fit the name to a particular need.

Lastly, the Commission recognizes that for certain types of compounds, there is significant disagreement among chemists in different fields as to what should be the preferred nomenclature. This situation leads to an apparent lack of decisiveness in some of the recommendations in this document. This is unavoidable, because long experience has taught that formulating rules not having general support is a futile exercise; such rules will be widely ignored. Therefore, the Commission's policy is to offer critically examined alternatives, some of which may be new proposals, and to observe how they are accepted and used. If one of the alternatives subsequently becomes preferred to an overwhelming extent by the community of chemists, a future edition of recommendations can reflect that fact.

In this Guide, some practices of the Chemical Abstracts Service and/or of the Beilstein Institute have been mentioned. This is done only for informational purposes, and such instances are not necessarily recommendations of the Commission. The Commission recognized that there are circumstances that require a preferred (i.e., unique) name. These include comprehensive indexing (such as for the volume indexes to *Chemical Abstracts*) in order to avoid an intolerable amount of cross-indexing and multiple entries. This need is being met in a particular way by Chemical Abstracts Service as in-house procedures designed to place compounds with the same parent skeleton together while at the same time minimizing the number of rules. The *Chemical Abstracts Index Guide* treats the majority of compounds, but is not complete. There are a number of other in-house procedures applied elsewhere, such as in *Beilstein*[2] (not yet explicitly published). Specialty files, such as steroids and carbohydrates, have different bases. The result is not always compatible with ease of recognition, ease of generation, or conciseness. Unique names are also very important in legal situations, with manifestations in patents, export-import regulations, health and safety information, etc. These needs are being addressed by other Commission projects. In this Guide, the primary aim is to provide directions for arriving at an unambiguous name, although some guidance is given about establishing preferences (see, for example, Tables 10 and 16).

The rules given in the *Nomenclature of Organic Chemistry*[1], commonly known as the 'Blue Book', emphasize the generation of unambiguous names in accord with the

historical development of the subject, because the need for a 'unique' name was not perceived to be compelling by earlier generations of chemists. The so-called information explosion of recent decades is a major factor in changing this perception. The present matrix of rules, however, cannot easily be overlaid with a simple set of principles for selecting a preferred name among the systematic alternatives, and to declare a preference by arbitrary fiat in each situation would surely lead to widespread rejection. Therefore, the Commission has initiated projects to formulate a comprehensive guide for selecting unique names that will, insofar as feasible, have good recognition value and a general acceptance among chemists; the results will be presented in later publications. Further projects, with longer-range objectives of systematizing nomenclature of organic compounds, are also under way.

Finally, those who use this Guide should be aware that the nomenclature in these recommendations is independent of the orientation of the graphic structure (except as stated in the recommendations for nomenclature of fused-ring structures) and of conformation. Furthermore, the nomenclature does not indicate nor imply an electronic structure or spin multiplicity.

[1] *Beilsteins Handbuch der Organischen Chemie*, Springer-Verlag, Berlin.

# EXHIBIT C



**NIH**    U.S. National Library of Medicine    National Center for Biotechnology Information

PubChem | OPEN CHEMISTRY DATABASE

Search Compounds    🔍

⬡ Compound Summary for CID 6251

# D-mannitol

⟨ Cite this Record


STRUCTURE


VENDORS


DRUG INFO


PHARMACOLOGY


LITERATURE


PATENTS


BIOACTIVITIES

| | |
|---|---|
| **PubChem CID:** | 6251 |
| **Chemical Names:** | D-mannitol; Mannitol; Mannite; 69-65-8; Osmitrol; Manna sugar   More... |
| **Molecular Formula:** | $C_6H_{14}O_6$ |
| **Molecular Weight:** | 182.172 g/mol |
| **InChI Key:** | FBPFZTCFMRRESA-KVTDHHQDSA-N |
| **Drug Information:** | Drug Indication   Therapeutic Uses   Clinical Trials   FDA Orange Book   FDA UNII |

D-mannitol is a diuretic and renal diagnostic aid related to sorbitol. It has little significant energy value as it is largely eliminated from the body before any metabolism can take place. It can be used to treat oliguria associated with kidney failure or other manifestations of inadequate renal function and has been used for determination of glomerular filtration rate. Mannitol is also commonly used as a research tool in cell biological studies, usually to control osmolarity.

▸ *from MeSH*

Mannitol is an Osmotic Diuretic. The mechanism of action of mannitol is as an Osmotic Activity. The physiologic effect of mannitol is by means of Increased Diuresis.

▸ *FDA Pharmacology Summary from FDA Pharm Classes*

Mannitol is a naturally occurring alcohol found in fruits and vegetables and used as an osmotic diuretic. Mannitol is freely filtered by the glomerulus and poorly reabsorbed from the renal tubule, thereby causing an increase in osmolarity of the glomerular filtrate. An increase in osmolarity limits tubular reabsorption of water and inhibits the renal tubular reabsorption of sodium, chloride, and other solutes, thereby promoting diuresis. In addition, mannitol elevates blood plasma osmolarity, resulting in enhanced flow of water from tissues into interstitial fluid and plasma.

▸ *Pharmacology from NCIt*

PUBCHEM  ❯  COMPOUND  ❯  D-MANNITOL                                    *Modify Date: 2017-11-11; Create Date: 2004-09-16*

# ⊕ Contents

1 2D Structure

2 3D Conformer

3 Names and Identifiers

4 Chemical and Physical Properties

5 Related Records

6 Chemical Vendors

7 Drug and Medication Information

8 Food Additives and Ingredients

9 Pharmacology and Biochemistry

10 Use and Manufacturing

11 Identification

12 Safety and Hazards

13 Toxicity

14 Literature

15 Patents

16 Biomolecular Interactions and Pathways

17 Biological Test Results

18 Classification

19 Information Sources

## 1 2D Structure

Search     Download     Get Image



Magnify

*from PubChem*

## 2  3D Conformer

🔍 Search      ⬇ Download      🖼 Get Image



🔍 Magnify

☑ Show Hydrogens      ☑ Show Atoms      ☐ Animate

▸ *from PubChem*

## 3  Names and Identifiers

### 3.1  Computed Descriptors

#### 3.1.1  IUPAC Name

(2R,3R,4R,5R)-hexane-1,2,3,4,5,6-hexol

*▸ from PubChem*

#### 3.1.2  InChI

InChI=1S/C6H14O6/c7-1-3(9)5(11)6(12)4(10)2-8/h3-12H,1-2H2/t3-,4-,5-,6-/m1/s1

*▸ from PubChem*

#### 3.1.3  InChI Key

FBPFZTCFMRRESA-KVTDHHQDSA-N

*▸ from PubChem*

#### 3.1.4  Canonical SMILES

C(C(C(C(C(CO)O)O)O)O)O

*▸ from PubChem*

#### 3.1.5  Isomeric SMILES

C([C@H]([C@H]([C@@H]([C@@H](CO)O)O)O)O)O

*▸ from PubChem*

### 3.2  Molecular Formula

$C_6H_{14}O_6$

*▸ from PubChem*

### 3.3  Other Identifiers

#### 3.3.1  CAS

69-65-8

*▸ from CAMEO Chemicals, ChemIDplus, DrugBank, EPA Chemicals under the TSCA, EPA DSStox, European Chemicals Agency - ECHA, Human Metabolome ...*

87-78-5

*▸ from ChemIDplus, European Chemicals Agency - ECHA*

#### 3.3.2  EC Number

201-770-2

*▸ from European Chemicals Agency - ECHA*

200-711-8

*▸ from European Chemicals Agency - ECHA*

#### 3.3.3  UNII

3OWL53L36A

▸ from DrugBank, FDA/SPL Indexing Data

### 3.3.4 Wikipedia

| Title | mannitol |
|---|---|
| Description | chemical compound |

▸ from Wikipedia

## 3.4 Synonyms

### 3.4.1 MeSH Entry Terms

1. (L)-Mannitol
2. Mannitol
3. Osmitrol
4. Osmofundin

▸ from MeSH

### 3.4.2 Depositor-Supplied Synonyms

| | | | | | |
|---|---|---|---|---|---|
| 1. D-mannitol | 11. Resectisol | 21. Mannitol (VAN) | 31. Hexahydroxyhexane | 41. NSC 9256 | 51. |
| 2. mannitol | 12. Invenex | 22. 87-78-5 | 32. NCI-C50362 | 42. EINECS 200-711-8 | 52. |
| 3. Mannite | 13. Mannidex | 23. Aridol | 33. (2R,3R,4R,5R)-Hexane-1,2,3,4,5,6-hexaol | 43. EINECS 201-770-2 | 53. |
| 4. 69-65-8 | 14. Mannigen | 24. (2R,3R,4R,5R)-hexane-1,2,3,4,5,6-hexol | 34. UNII-3OWL53L36A | 44. Mannitol 10% | 54. |
| 5. Osmitrol | 15. Osmosal | 25. Mannazucker | 35. Mannitol [USP] | 45. Mannitol 15% | 55. |
| 6. Manna sugar | 16. Isotol | 26. Diosmol | 36. CCRIS 369 | 46. Mannitol 20% | 56. |
| 7. Osmofundin | 17. Marine Crystal | 27. Maniton-S | 37. BRN 1721898 | 47. NSC 407017 | 57. |
| 8. Cordycepic acid | 18. Mannitol, D- | 28. Mannitol [USAN] | 38. HSDB 714 | 48. Osmitrol 5% In Water | 58. |
| 9. Mannistol | 19. Bronchitol | 29. SDM No. 35 | 39. CHEBI:16899 | 49. AI3-19511 | 59. |
| 10. Mannit | 20. Mannogem 2080 | 30. Mannidex 16700 | 40. Mannitol 5% | 50. 3OWL53L36A | 60. |

▸ from PubChem

# 4 Chemical and Physical Properties

## 4.1 Computed Properties

| Property Name | Property Value |
|---|---|
| Molecular Weight | 182.172 g/mol |
| Hydrogen Bond Donor Count | 6 |
| Hydrogen Bond Acceptor Count | 6 |
| Rotatable Bond Count | 5 |
| Complexity | 105 |
| CACTVS Substructure Key Fingerprint | AAADccBgOAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAGg AACAAACBSggAIAAAAAgAAAAAAAAAAAAAAAAAAAAAABEAIAAAAQA AFAAABAAHAYAQAAAAAAAAAAAAAAAAAAAAAAAAAAA== |
| Topological Polar Surface Area | 121 A^2 |
| Monoisotopic Mass | 182.079 g/mol |
| Exact Mass | 182.079 g/mol |
| XLogP3 | -3.1 |
| Compound Is Canonicalized | true |
| Formal Charge | 0 |
| Heavy Atom Count | 12 |
| Defined Atom Stereocenter Count | 4 |
| Undefined Atom Stereocenter Count | 0 |
| Defined Bond Stereocenter Count | 0 |
| Undefined Bond Stereocenter Count | 0 |
| Isotope Atom Count | 0 |
| Covalently-Bonded Unit Count | 1 |

▸ *from PubChem*

## 4.2 Experimental Properties

### 4.2.1 Physical Description

PHYSICAL DESCRIPTION: Odorless white crystalline powder or free-flowing granules. Sweet taste. (NTP, 1992)

▸ *from CAMEO Chemicals*

1. OtherSolid
2. PelletsLargeCrystals

▸ *from EPA Chemicals under the TSCA*

Solid

▸ *from Human Metabolome Database (HMDB)*

### 4.2.2 Color

Orthorhombic needles from alc

*Budavari, S. (ed.). The Merck Index - An Encyclopedia of Chemicals, Drugs, and Biologicals. Whitehouse Station, NJ: Merck and Co., Inc., 1996., p. 979*

▸ *from HSDB*

WHITE, CRYSTALLINE POWDER OR FREE FLOWING GRANULES

*Osol, A. (ed.). Remington's Pharmaceutical Sciences. 16th ed. Easton, Pennsylvania: Mack Publishing Co., 1980., p. 875*

▸ *from HSDB*

D-mannitol | C6H14O6 - PubChem

### 4.2.3 Odor

Odorless

*Lewis, R.J., Sr (Ed.). Hawley's Condensed Chemical Dictionary. 12th ed. New York, NY: Van Nostrand Reinhold Co., 1993, p. 730*

▸ *from HSDB*

### 4.2.4 Taste

Sweetish taste

*Lide, D.R. (ed.). CRC Handbook of Chemistry and Physics. 76th ed. Boca Raton, FL: CRC Press Inc., 1995-1996., p. 979*

▸ *from HSDB*

### 4.2.5 Boiling Point

563° F at 3.5 mm Hg (NTP, 1992)

▸ *from CAMEO Chemicals*

290-295 °C at 3.50E+00 mm Hg

*PhysProp*

▸ *from DrugBank*

290-295 deg C @ 3.5 mm Hg

*Budavari, S. (ed.). The Merck Index - An Encyclopedia of Chemicals, Drugs, and Biologicals. Whitehouse Station, NJ: Merck and Co., Inc., 1996, p. 979*

▸ *from HSDB*

### 4.2.6 Melting Point

331 to 334° F (NTP, 1992)

▸ *from CAMEO Chemicals*

168 °C

*PhysProp*

▸ *from DrugBank*

166-168 deg C

*Budavari, S. (ed.). The Merck Index - An Encyclopedia of Chemicals, Drugs, and Biologicals. Whitehouse Station, NJ: Merck and Co., Inc., 1996, p. 979*

▸ *from HSDB*

166 °C

▸ *from Human Metabolome Database (HMDB)*

### 4.2.7 Flash Point

greater than 300° F (NTP, 1992)

▸ *from CAMEO Chemicals*

### 4.2.8 Solubility

greater than or equal to 100 mg/mL at 68° F (NTP, 1992)

▸ *from CAMEO Chemicals*

**Water Solubility**

216000 mg/L (at 25 °C)

*YALKOWSKY,SH & DANNENFELSER,RM (1992)*

▸ *from DrugBank*

1 g in about 5.5 ml water; more sol in hot water; insol in ether; sol in pyridine, aniline; sol in aq soln of alkalies; 1 g dissolves in 18 ml glycerol (density 1.24); 1 g dissolves in about 83 ml alc

*Budavari, S. (ed.). The Merck Index - An Encyclopedia of Chemicals, Drugs, and Biologicals. Whitehouse Station, NJ: Merck and Co., Inc., 1996, p. 979*

In water, 2.16X10+5 mg/l @ 25 deg C

*Yalkowsky SH, Dannenfelser RM; The AQUASOL dATAbASE of Aqueous Solubility. Fifth Ed, Tucson, AZ: Univ Az, College of Pharmacy (1992)*

▸ *from HSDB*

216 mg/mL at 25 °C

*YALKOWSKY,SH & DANNENFELSER,RM (1992)*

▸ *from Human Metabolome Database (HMDB)*

## 4.2.9 Density

1.489 at 68° F (NTP, 1992)

▸ *from CAMEO Chemicals*

1.52 @ 20 deg C

*Budavari, S. (ed.). The Merck Index - An Encyclopedia of Chemicals, Drugs, and Biologicals. Whitehouse Station, NJ: Merck and Co., Inc., 1996., p. 979*

▸ *from HSDB*

## 4.2.10 LogP

-3.1

*HANSCH,C ET AL. (1995)*

▸ *from DrugBank*

log Kow = -3.10

*Hansch, C., Leo, A., D. Hoekman. Exploring QSAR - Hydrophobic, Electronic, and Steric Constants. Washington, DC: American Chemical Society., 1995., p. 25*

▸ *from HSDB*

-3.10

*HANSCH,C ET AL. (1995)*

▸ *from Human Metabolome Database (HMDB)*

## 4.2.11 Stability

Mannitol 25% (Invenex) was chemically and physically stable after five autoclavings at 250 deg F for 15 min.

*Trissel, L.A. Handbook on Injectable Drugs. 9th ed. Bethesda, MD. American Society of Health-System Pharmacists' Product Development. 1996., p. 661*

▸ *from HSDB*

## 4.2.12 Decomposition

When heated to decomposition it emits acrid smoke and fumes.

*Lewis, R.J. Sax's Dangerous Properties of Industrial Materials. 9th ed. Volumes 1-3. New York, NY: Van Nostrand Reinhold, 1996., p. 1802*

▸ *from HSDB*

## 4.2.13 Caco2 Permeability

-6.21

*ADME Research, USCD*

▸ *from DrugBank*

## 4.2.14 pKa

13.5 (at 25 °C)

*BUDAVARI,S ET AL. (1996)*

▸ *from DrugBank*

### 4.2.15 Dissociation Constants

pKa = 13.50 @ 18 deg C

*Budavari, S. (ed.). The Merck Index - An Encyclopedia of Chemicals, Drugs, and Biologicals. Whitehouse Station, NJ: Merck and Co., Inc., 1996., p. 979*

▸ *from HSDB*

## 4.3  Crystal Structures

| Crystal Structures: 1 of 5 | |
| --- | --- |
| CCDC Number | 662814 |
| Crystal Structure Data | DOI:10.5517/ccq7q3r |
| Associated Article | DOI:10.1154/1.1582460 |

▸ *from The Cambridge Structural Database*

| Crystal Structures: 2 of 5 | |
| --- | --- |
| CCDC Number | 224659 |
| Crystal Structure Data | DOI:10.5517/cc7js2l |
| Associated Article | DOI:10.1107/S0108270103018961 |

▸ *from The Cambridge Structural Database*

| Crystal Structures: 3 of 5 | |
| --- | --- |
| CCDC Number | 662815 |
| Crystal Structure Data | DOI:10.5517/ccq7q4s |
| Associated Article | DOI:10.1154/1.1582460 |

▸ *from The Cambridge Structural Database*

View All 5 Crystal Structures

## 4.4  Spectral Properties

Specific optical rotation: –0.49 deg @ 25 deg C/D (water)

*Budavari, S. (ed.). The Merck Index - An Encyclopedia of Chemicals, Drugs, and Biologicals. Whitehouse Station, NJ: Merck and Co., Inc., 1996., p. 979*

▸ *from HSDB*

IR: 6403 (Coblentz Society Spectral Collection)

*Weast, R.C. and M.J. Astle. CRC Handbook of Data on Organic Compounds. Volumes I and II. Boca Raton, FL: CRC Press Inc. 1985., p. V1 828*

▸ *from HSDB*

NMR: 8046 (Sadtler Research Laboratories Spectral Collection)

*Weast, R.C. and M.J. Astle. CRC Handbook of Data on Organic Compounds. Volumes I and II. Boca Raton, FL: CRC Press Inc. 1985., p. V1 828*

▸ *from HSDB*

Index of refraction: 1.3330

*Lide, D.R. (ed.). CRC Handbook of Chemistry and Physics. 76th ed. Boca Raton, FL: CRC Press Inc., 1995-1996., p. 3-204*

▸ *from HSDB*

### 4.4.1  Infrared Spectra

| Infrared Spectra: 1 of 2 | |
| --- | --- |
| Instrument Name | Bio-Rad FTS |
| Technique | ATR-Neat (DuraSamplIR II) |
| Source of Spectrum | Forensic Spectral Research |

| Infrared Spectra: 1 of 2 | |
|---|---|
| Source of Sample | J. T. Baker, Mallinckrodt Baker, Inc. |
| Lot Number | N.A. |
| Copyright | Copyright © 2009–2017 Bio-Rad Laboratories, Inc. All Rights Reserved. |
| Thumbnail | CLICK TO LOAD... |

▸ *from SpectraBase*

| Infrared Spectra: 2 of 2 | |
|---|---|
| Technique | KBr WAFER |
| Source of Sample | E. MERCK AG, DARMSTADT, GERMANY |
| Copyright | Copyright © 1980, 1981–2017 Bio-Rad Laboratories, Inc. All Rights Reserved. |
| Thumbnail | CLICK TO LOAD... |

▸ *from SpectraBase*

### 4.4.2  H1-NMR

| H1-NMR: 1 of 2 | |
|---|---|
| Copyright | Copyright © 2006–2017 Bio-Rad Laboratories, Inc. Portions provided by BioMagResBank(BMRB) and the Board of Regents of the University of Wisconsin System. All Rights Reserved. |
| Thumbnail | CLICK TO LOAD... |

▸ *from SpectraBase*

| H1-NMR: 2 of 2 | |
|---|---|
| Instrument Name | Varian A-60 |
| Copyright | Copyright © 2009–2017 Bio-Rad Laboratories, Inc. All Rights Reserved. |

Case 1:16-cv-00876-MSG    Document 92-1    Filed 11/22/17    Page 25 of 61 PageID #: 1504

| **H1-NMR: 2 of 2** |  |
|---|---|
| Thumbnail | CLICK TO LOAD... |

▸ *from SpectraBase*

### 4.4.3  C13-NMR

| **C13-NMR: 1 of 5** |  |
|---|---|
| Copyright | Copyright © 2006–2017 Bio-Rad Laboratories, Inc. Portions provided by BioMagResBank(BMRB) and the Board of Regents of the University of Wisconsin System. All Rights Reserved. |
| Thumbnail | CLICK TO LOAD... |

▸ *from SpectraBase*

| **C13-NMR: 2 of 5** |  |
|---|---|
| Copyright | Copyright © 2016 W. Robien, Inst. of Org. Chem., Univ. of Vienna. All Rights Reserved. |
| Thumbnail | CLICK TO LOAD... |

▸ *from SpectraBase*

| **C13-NMR: 3 of 5** |  |
|---|---|
| Copyright | Copyright © 2016 W. Robien, Inst. of Org. Chem., Univ. of Vienna. All Rights Reserved. |
| Thumbnail | CLICK TO LOAD... |

▸ *from SpectraBase*

View All 5 C13-NMR

---

### 4.4.4 GC-MS

1. GC-MS Spectrum 645 - GC-EI-TOF (Pegasus III TOF-MS system, Leco; GC 6890, Agilent Technologies) Positive (6 TMS)
2. GC-MS Spectrum 646 - GC-EI-TOF (Pegasus III TOF-MS system, Leco; GC 6890, Agilent Technologies ) Positive
3. GC-MS Spectrum 1652 - GC-MS (6 TMS)
4. GC-MS Spectrum 2554
5. GC-MS Spectrum 3734
6. GC-MS Spectrum 3735

*from Human Metabolome Database (HMDB)*

---

### 4.4.5 MS-MS

1. MS-MS Spectrum 1101 - Quattro_QQQ 10V Positive delivery=Flow_Injection analyzer=Triple_Quad
2. MS-MS Spectrum 1102 - Quattro_QQQ 25V Positive delivery=Flow_Injection analyzer=Triple_Quad
3. MS-MS Spectrum 1103 - Quattro_QQQ 40V Positive delivery=Flow_Injection analyzer=Triple_Quad
4. MS-MS Spectrum 4658 - LC-ESI-QTOF (UPLC Q-Tof Premier, Waters) Negative
5. MS-MS Spectrum 178434
6. MS-MS Spectrum 178435
7. MS-MS Spectrum 178436
8. MS-MS Spectrum 180753
9. MS-MS Spectrum 180754
10. MS-MS Spectrum 180755
11. MS-MS Spectrum 201695
12. MS-MS Spectrum 201696
13. MS-MS Spectrum 201697
14. MS-MS Spectrum 225405
15. MS-MS Spectrum 225406
16. MS-MS Spectrum 225407
17. MS-MS Spectrum 225408
18. MS-MS Spectrum 225409

*from Human Metabolome Database (HMDB)*

---

### 4.4.6 1D NMR

1. 1D NMR Spectrum 1531 - Varian 500 MHz 1H NMR
2. 1D NMR Spectrum 4978
3. 1D NMR Spectrum 4979

*from Human Metabolome Database (HMDB)*

---

### 4.4.7 2D NMR

2D NMR Spectrum 1477 - Bruker 600 MHz 1H-13C HSQC

*from Human Metabolome Database (HMDB)*

## 5 Related Records

CLICK TO LOAD...

*from NCBI*

### 5.1 Related Compounds with Annotation

CLICK TO LOAD...

*from PubChem*

### 5.2 Related Compounds

| | |
|---|---|
| Same Connectivity | 64 records |
| Same Stereo | 15 records |
| Same Isotope | 26 records |
| Same Parent, Connectivity | 220 records |
| Same Parent, Stereo | 68 records |
| Same Parent, Isotope | 182 records |
| Same Parent, Exact | 54 records |
| Mixtures, Components, and Neutralized Forms | 223 records |
| Similar Compounds | 474 records |
| Similar Conformers | 628 records |

*from PubChem*

### 5.3 Substances

#### 5.3.1 Related Substances

| | |
|---|---|
| All | 633 records |
| Same | 363 records |
| Mixture | 270 records |

*from PubChem*

#### 5.3.2 Substances by Category

CLICK TO LOAD...

*from PubChem*

## 5.4 Entrez Crosslinks

| | |
|---|---|
| PubMed | 7312 records |
| Protein Structures | 17 records |
| Taxonomy | 10 records |
| OMIM | 10 records |
| Gene | 105 records |

*from PubChem*

## 6 Chemical Vendors

CLICK TO LOAD...

*from PubChem*

# 7 Drug and Medication Information

## 7.1 Drug Indication

Used for the promotion of diuresis before irreversible renal failure becomes established, the reduction of intracranial pressure, the treatment of cerebral edema, and the promotion of urinary excretion of toxic substances.

*from DrugBank*

FDA Label

*from DrugBank*

## 7.2 FDA Orange Book

### 7.2.1 Prescription Drug Products

| Prescription Drug Products: 1 of 15 | |
|---|---|
| Drug Ingredient | MANNITOL |
| Proprietary Name | OSMITROL 10% IN WATER IN PLASTIC CONTAINER |
| Applicant | BAXTER HLTHCARE (Application Number: N013684) |

*from FDA Orange Book*

| Prescription Drug Products: 2 of 15 | |
|---|---|
| Drug Ingredient | MANNITOL |
| Proprietary Name | OSMITROL 15% IN WATER IN PLASTIC CONTAINER |
| Applicant | BAXTER HLTHCARE (Application Number: N013684) |

*from FDA Orange Book*

| Prescription Drug Products: 3 of 15 | |
|---|---|
| Drug Ingredient | MANNITOL |
| Proprietary Name | OSMITROL 5% IN WATER |
| Applicant | BAXTER HLTHCARE (Application Number: N013684) |

*from FDA Orange Book*

View All 15 Prescription Drug Products

### 7.2.2 Discontinued Drug Products

| Discontinued Drug Products: 1 of 12 | |
|---|---|
| Drug Ingredient | MANNITOL |
| Proprietary Name | ARIDOL KIT |
| Applicant | PHARMAXIS LTD (Application Number: N022368) |

*from FDA Orange Book*

| Discontinued Drug Products: 2 of 12 | |
|---|---|
| Drug Ingredient | MANNITOL |
| Proprietary Name | MANNITOL 5% W/ DEXTROSE 5% IN SODIUM CHLORIDE 0.12% |
| Applicant | B BRAUN (Application Number: N016080) |

*from FDA Orange Book*

| Discontinued Drug Products: 3 of 12 | |
|---|---|

| Discontinued Drug Products: 3 of 12 | |
|---|---|
| Drug Ingredient | MANNITOL |
| Proprietary Name | RESECTISOL |
| Applicant | B BRAUN (Application Number: N016704) |

<em>from FDA Orange Book</em>

View All 12 Discontinued Drug Products

## 7.3 Drug Labels for Ingredients

| Drug Labels for Ingredients: 1 of 2 | |
|---|---|
| Label Information | Total 63 labels |
| Drug Ingredient | MANNITOL |
| NDC Code(s) | **NDC Code(s)**<br>0187-0011-10, 0187-0012-01, 0264-2303-50, 0264-2303-70, 0264-7578-10, 0264-7578-20, 0338-0351-04, 0338-0353-03, 0338-0353-04, 0338-0355-03 … total 82. |
| Packagers | American Regent, Inc.; B. Braun Medical Inc.; Baxter Healthcare Corporation; Cardinal Health; Coson Co., Ltd.; Fenwal, Inc.; Fresenius Kabi USA, LLC; General Injectables & Vaccines, Inc; Hospira, Inc.; Maco Productions; Terumo Corporation; Valeant Pharmaceuticals North America LLC |

<em>from DailyMed</em>

| Drug Labels for Ingredients: 2 of 2 | |
|---|---|
| Label Title | SORBITOL-MANNITOL- sorbitol and mannitol irrigant<br>More information… |
| Drug Ingredient | MANNITOL; SORBITOL |
| Label Image | CLICK TO LOAD… |
| Label Download | PDF Label |
| NDC Code(s) | **NDC Code(s)**<br>0409-7981-08 |
| Packager | Hospira, Inc. |

<em>from DailyMed</em>

## 7.4 Drugs at PubMed Health

| Drugs at PubMed Health: 1 of 8 | |
|---|---|
| Drug Name | Aridol |
| Notes | See Mannitol |

<em>from PubMed Health</em>

| Drugs at PubMed Health: 2 of 8 | |
|---|---|
| Drug Name | Mannitol (By breathing) |
| Description | Used in a lung test to help diagnose asthma or other breathing problems. |

| Drugs at PubMed Health: 2 of 8 | |
|---|---|
| Drug Classes | Diagnostic Agent, Bronchial |

*from PubMed Health*

| Drugs at PubMed Health: 3 of 8 | |
|---|---|
| Drug Name | Mannitol (By injection) |
| Description | Treats early kidney failure by increasing urination. This helps the body get rid of extra fluids. Treats brain swelling and increased pressure in the eye. Also treats poisoning by increasing urination to remove toxins from the body. |
| Drug Classes | Cardiovascular Agent, Diagnostic Agent, Kidney Function |

*from PubMed Health*

View All 8 Drugs at PubMed Health

## 7.5 Clinical Trials

⬇ Download

1 to 5 of 58   View More

| Record ID | Title | Status | Phase |
|---|---|---|---|
| NCT03214055 | Effect of Mannitol on Optic Nerve Sheath Diameter in Patients Undergoing Robotic Prostatectomy | Completed | |
| NCT03162653 | Effect of Allopurinol for Hypoxic-ischemic Brain Injury on Neurocognitive Outcome | Not yet recruiting | 3 |
| NCT02924922 | Assessment of Oncological and Functional Outcomes After Robot Assisted Partial Nephrectomy Versus Laparoscopic Partial Nephrectomy | Recruiting | |
| NCT02819479 | Low-dose Intra-arterial Bevacizumab for Edema and Radiation Necrosis Therapeutic Intervention (LIBERTI) | Active, not recruiting | 2 |
| NCT02760901 | Evaluation of the Effect of Acetazolamide, Mannitol and N-acetylcysteine on Cisplatin-Induced Nephrotoxicity | Completed | 2 |

*from ClinicalTrials.gov*

## 7.6 Therapeutic Uses

Diuretics, Osmotic

*National Library of Medicine's Medical Subject Headings online file (MeSH, 1999)*

*from HSDB*

MEDICATION (VET): INTRAORTIC PRETREATMENT WITH 10% MANNITOL SOLN PRIOR TO INTRAAORTIC CONTRAST ANGIOGRAPHY PROCEDURES GIVES RENAL PROTECTION & REDUCES INCIDENCE OF PARAPLEGIA & AZOTEMIA IN DOGS.

*Rossoff, I.S. Handbook of Veterinary Drugs. New York: Springer Publishing Company, 1974., p. 329*

*from HSDB*

MEDICATION (VET): IN DOGS AS OSMOTIC DIURETIC CAUSING CELLULAR DEHYDRATION, TO REDUCE INTRAOCULAR PRESSURE IN GLAUCOMA, & TO REDUCE CEREBRAL EDEMA FOLLOWING SURGERY OR INJURY.

*Osol, A. and J.E. Hoover, et al. (eds.). Remington's Pharmaceutical Sciences. 15th ed. Easton, Pennsylvania: Mack Publishing Co., 1975., p. 863*

*from HSDB*

DOSE FOR REDUCTION OF INTRACRANIAL PRESSURE & BRAIN MASS PRIOR TO NEUROSURGERY, OR FOR REDUCTION OF INTRAOCULAR TENSION...OF CONGESTIVE GLAUCOMA OR FOR OPHTHALMIC SURGERY, IS 1.5 TO 2 G/KG, GIVEN AS 15 OR 20% SOLN OVER PERIOD OF 30 TO 60 MIN.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 896*

*from HSDB*

ADULT DOSE FOR PROMOTION OF DIURESIS RANGES FROM 50 TO 200 G OVER 24-HR PERIOD OF INFUSION; RATE IS GENERALLY ADJUSTED TO MAINTAIN URINARY OUTPUT OF @ LEAST 30 TO 50 ML/HR. ...PREVENTION OF ACUTE RENAL FAILURE DURING...SURGERY OR FOR TREATMENT OF OLIGURIA, TOTAL DOSE IS 50 TO 100 G...FOR ADULT PATIENTS.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 896*

*from HSDB*

MANNITOL IS NEARLY ALWAYS GIVEN IV, & HENCE IT IS IMPRACTICAL FOR MGMNT OF CHRONIC EDEMA, REGARDLESS OF ITS CAUSE.

*Goodman, L.S., and A. Gilman. (eds.) The Pharmacological Basis of Therapeutics. 5th ed. New York: Macmillan Publishing Co., Inc., 1975., p. 821*

▸ *from HSDB*

...USE OF MANNITOL IS IN EVALUATION OF ACUTE OLIGURIA. WITH PARTIAL REDUCTION IN GLOMERULAR FUNCTION...URINE FLOW MAY BE INCR TOWARD NORMAL BY ADMIN OF OSMOTIC DIURETIC, & THIS RESPONSE MAY SERVE AS GUIDE FOR ADDITIONAL ADMIN OF PARENTERAL FLUIDS.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 895*

▸ *from HSDB*

IN PRESENCE OF HYPOTENSION MANNITOL IS MORE EFFECTIVE THAN SALINE SOLN IN MAINTAINING GLOMERULAR FILTRATION. IF GIVEN IN SUFFICIENTLY LARGE AMT, MANNITOL INCR EXTRACELLULAR OSMOLALITY, WHICH IN TURN MAY DECR CELLULAR SWELLING & IMPROVE RENAL BLOOD FLOW.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 895*

▸ *from HSDB*

MANNITOL IS EXTENSIVELY EMPLOYED. ...MOST IMPORTANT INDICATION IS PROPHYLAXIS OF ACUTE RENAL FAILURE. ...USED FOR THIS PURPOSE IN CONDITIONS AS DIVERSE AS CARDIOVASCULAR OPERATIONS, SEVERE TRAUMATIC INJURY, OPERATIONS IN PRESENCE OF SEVERE JAUNDICE, & MGMNT OF HEMOLYTIC TRANSFUSION REACTIONS.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 895*

▸ *from HSDB*

MANNITOL IS SUPERIOR TO DEXTROSE IN THAT IT IS ONLY SLIGHTLY METABOLIZED IN BODY & IS ONLY SLIGHTLY REABSORBED BY RENAL TUBULE. ...IT REQUIRES LARGER VOL, PRODUCES FEWER SIDE EFFECTS THAN UREA & IS EQUALLY EFFECTIVE.

*Osol, A. (ed.). Remington's Pharmaceutical Sciences. 16th ed. Easton, Pennsylvania: Mack Publishing Co., 1980., p. 875*

▸ *from HSDB*

MANNITOL REDUCED INFLAMMATION OF NONINJECTED HIND PAW OF RATS IN WHICH POLYARTHRITIS WAS INDUCED. IN ANIMALS WITH BORDETELLA PERTUSSIS-INDUCED PLEURISY, MANNITOL REDUCED VOL OF INFLAMMATORY EXUDATE.
Abstract: PubMed

*TARAYRE JP ET AL; J PHARM PHARMACOL 30 (7): 458 (1978)*

▸ *from HSDB*

INFUSION INTRAVENOUS PYELOGRAPHY (IVP) IN 40 PATIENTS WITH CHRONIC RENAL INSUFFICIENCY RESULTED IN ACUTE RENAL FAILURE (ARF) IN 28 (70%). ADMIN OF HYPERTONIC MANNITOL 60 MINUTES AFTER ADMIN OF THE RADIOGRAPHIC CONTRAST MATERIAL IS HIGHLY EFFECTIVE IN PREVENTING ARF IN PATIENTS WITH CHRONIC RENAL INSUFFICIENCY.
Abstract: PubMed

*ANTO HR ET AL; ARCH INTERN MED 141 (12): 1652 (1981)*

▸ *from HSDB*

MANNITOL ADMIN REVERSED INSULIN INFUSION-INDUCED OPHTHALMOPLEGIA IMMEDIATELY & COMPLETELY WITHIN 2 WEEKS. USE OF MANNITOL IN CEREBRAL EDEMA OF DIABETIC KETOACIDOSIS IS BENEFICIAL IF INSTITUTED PROMPTLY.
Abstract: PubMed

*FRANKLIN B ET AL; PEDIATRICS 69 (1): 87 (1982)*

▸ *from HSDB*

EXPTL USE: THE DOSE-LIMITING TOXIC EFFECT OF HIGH-DOSE (100 MG/M SQ) CISPLATIN IS RENAL INSUFFICIENCY. HYDRATION WITH FUROSEMIDE- OR MANNITOL-INDUCED DIURESIS HAS BEEN REPORTED TO AMELIORATE THIS TOXICITY. ANIMAL STUDIES SUGGEST THAT MANNITOL MAY BE SUPERIOR TO FUROSEMIDE.

*OSTROW S ET AL; CANCER TREAT REP 65 (1-2): 73 (1981)*

▸ *from HSDB*

High porosity compressed tablets containing different concentrations of the model drug meclizine hydrochloride, the excipient mannitol (Mannit; d-mannitol), and a subliming material, camphor (dl-camphor), were prepared using a new direct compression method, and the dissolution time of the tablets in saliva was studied in 6 healthy volunteers who, at random times, self-administered the tablets by only licking them, without biting or drinking water during administration. The meclizine tablets prepared with mannitol and camphor rapidly dissolved in saliva.

*Koizumi K et al; Int J Pharm 152: 127-31 (1997)*

▸ *from HSDB*

## 7.7 Drug Warning

IN EDEMATOUS STATES ASSOC WITH DIMINISHED CARDIAC RESERVE, ADMIN OF MANNITOL INTRODUCES A RISK THAT MAY FAR OUTWEIGH ANY THERAPEUTIC BENEFIT.

*Goodman, L.S., and A. Gilman. (eds.) The Pharmacological Basis of Therapeutics. 5th ed. New York: Macmillan Publishing Co., Inc., 1975., p. 822*

▸ *from HSDB*

CONTRAINDICATIONS TO ADMIN OF MANNITOL INCL RENAL DISEASE...ANURIA, MARKED PULMONARY CONGESTION OR EDEMA, MARKED DEHYDRATION, & INTRACRANIAL HEMORRHAGE... MANNITOL SHOULD BE TERMINATED IF PATIENTS DEVELOPS...PROGRESSIVE RENAL DYSFUNCTION, HEART FAILURE, OR PULMONARY CONGESTION.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 896*

ITS SAFE USE DURING PREGNANCY & IN CHILDREN UNDER 12 YR OF AGE HAS NOT BEEN ESTABLISHED.

*Osol, A. (ed.). Remington's Pharmaceutical Sciences. 16th ed. Easton, Pennsylvania: Mack Publishing Co., 1980., p. 875*

from HSDB

FACTITIOUS HYPOPHOSPHATEMIA WAS OBSERVED IN A PATIENT RECEIVING LARGE AMT OF IV MANNITOL. CONCN AS LOW AS 25 MMOL/L INHIBITED PHOSPHORUS MEASUREMENT BY DUPONT ACA ENDPOINT METHOD; A KINETIC METHOD WAS UNAFFECTED. MECHANISM OF MANNITOL INTERFERENCE WAS BINDING TO MOLYBDATE IN REACTION, DECR RATE OF COLOR DEVELOPMENT & ENDPOINT MEASUREMENT.
Abstract: PubMed

*DONHOWE JM ET AL; CLIN CHEM 27 (10): 1765 (1981)*

from HSDB

INTERRELATIONS BETWEEN THE OBSERVED KIDNEY ALTERATIONS, TURNOVER CAPACITY, SUBSTRATE CONCN IN BLOOD, & RATE OF RENAL EXCRETION ARE DISCUSSED WITH REGARD TO THE RESULTS AFTER INFUSIONS OF GLUCOSE & MANNITOL. FOR INFUSION THERAPY IT CAN BE DEDUCED THAT DOSAGE IN BORDERLINE CASES SHOULD BE DETERMINED BY THE BLOOD LEVEL OF THE SUBSTRATE RATHER THAN BY BODY WEIGHT IF UNDESIRABLE EFFECTS ARE TO BE AVOIDED.

*ACKERMANN RH; INFUSIONSTHER KLIN ERNAEHR 8 (1): 9 (1981)*

from HSDB

LARGE DOSES OF MANNITOL PRODUCED SEVERE HYPEROSMOLARITY, WHICH MIGHT HAVE CONTRIBUTED TO DEATH IN 11 YR OLD GIRL BEING TREATED FOR INTRACRANIAL HYPERTENSION ASSOC WITH REYE'S SYNDROME. 1 G/KG EVERY 4 HR WAS ADMIN; ADDNL DOSES UP TO 0.5 G/KG WERE GIVEN AS FREQUENTLY AS EVERY HR FOR RISES IN INTRACRANIAL PRESSURE. BY 3RD DAY, SERUM OSMOLARITY HAD RISEN ABOVE 360 MOSM/L. NEUROLOGIC FUNCTION DETERIORATED. BY 5TH DAY INTRACRANIAL PRESSURE WAS ABOVE MEAN ARTERIAL BLOOD PRESSURE, ALL EVIDENCE OF BRAINSTEM FUNCTION WAS ABSENT, & PATIENT DIED.

*SCHMIDLEY J ET AL; N ENGL J MED 301 (JULY 12): 106 (1979)*

from HSDB

Mannitol should not be mixed with blood because of possible agglutination and irreversible crenation.

*Trissel, L.A. Handbook on Injectable Drugs. 9th ed. Bethesda, MD. American Society of Health-System Pharmacists' Product Development. 1996., p. 661*

from HSDB

Fourteen cases of mannitol-induced acute renal failure were reported. The dosage of mannitol used varied widely. In all cases serum Na+, HCO3- were decreased, K+ and BUN increased significantly. Serum osmolality was measured in 5 cases. The osmolal gap was increased greatly, 77.4 mOsm/kg water in average. The increase of osmolal gap may play an important role in acute renal failure by causing intensive renal vasocontraction. Monitoring of serum osmolality or osmolal gap can help to prevent mannitol intoxication. The decrease of serum Na+ may be a warning sign of increased osmolal gap. Hemodialysis is the best way for the treatment of mannitol-induced acute renal failure.
Abstract: PubMed

*Du J et al; Chung Hua Wai Ko Tsa Chih 34 (7): 436-7 (1996)*

from HSDB

Bibliometric analysis was used to examine 620 cases of adverse drug reactions caused by mannitol over a period of 17 yr. The cases of adverse reactions included renal impairment (40.97%), acute renal failure (24.03%), hematuria (12.26%), metabolic disorder (6.2%), severe general reaction (4.86%), intestinal obstruction (3.71%), nervous system reaction (2.26%), skin rash or urticaria (1.29%), and allergic asthma (1.13%). Of the cases, 576 were type A reactions and 44 were type B reactions with moderate or severe adverse effects. The age of the patients ranged from 8 months to 85 yr and most were ages 51-70 yr. There were twice as many male patients. Primary diseases mainly included cerebral hemorrhage and cerebral infarction.

*Li L; Chin J Pharmacoepidemiol 6: 153-5 (1997)*

from HSDB

## 8  Food Additives and Ingredients

### 8.1  Food Additive Classes

**JECFA Functional Classes**

Food Additives: BULKING_AGENT; HUMECTANT; STABILIZER; SWEETENER; TEXTURIZER; THICKENER

▸ *from FAO/WHO Food Additive Evaluations - JECFA*

### 8.2  Evaluations of the Joint FAO/WHO Expert Committee on Food Additives - JECFA

| Chemical Name | MANNITOL |
|---|---|
| ADI | NOT SPECIFIED |
| Evaluation Year | 1986 |
| Report | TRS 751-JECFA 30/25 |

▸ *from FAO/WHO Food Additive Evaluations - JECFA*

# 9 Pharmacology and Biochemistry

## 9.1 Pharmacology

Chemically, mannitol is an alcohol and a sugar, or a polyol; it is similar to xylitol or sorbitol. However, mannitol has a tendency to lose a hydrogen ion in aqueous solutions, which causes the solution to become acidic. For this reason, it is not uncommon to add a substance to adjust its pH, such as sodium bicarbonate. Mannitol is commonly used to increase urine production (diuretic). It is also used to treat or prevent medical conditions that are caused by an increase in body fluids/water (e.g., cerebral edema, glaucoma, kidney failure). Mannitol is frequently given along with other diuretics (e.g., furosemide, chlorothiazide) and/or IV fluid replacement.

*from DrugBank*

Mannitol is a naturally occurring alcohol found in fruits and vegetables and used as an osmotic diuretic. Mannitol is freely filtered by the glomerulus and poorly reabsorbed from the renal tubule, thereby causing an increase in osmolarity of the glomerular filtrate. An increase in osmolarity limits tubular reabsorption of water and inhibits the renal tubular reabsorption of sodium, chloride, and other solutes, thereby promoting diuresis. In addition, mannitol elevates blood plasma osmolarity, resulting in enhanced flow of water from tissues into interstitial fluid and plasma.

*from NCIt*

## 9.2 MeSH Pharmacological Classification

### Diuretics, Osmotic

Compounds that increase urine volume by increasing the amount of osmotically active solute in the urine. Osmotic diuretics also increase the osmolarity of plasma.

See a list of PubChem compounds matching this category.

*from MeSH*

### Sweetening Agents

Substances that sweeten food, beverages, medications, etc., such as sugar, saccharine or other low-calorie synthetic products. (From Random House Unabridged Dictionary, 2d ed)

See a list of PubChem compounds matching this category.

*from MeSH*

## 9.3 FDA Pharmacological Classification

### 9.3.1 Active Moiety

MANNITOL

*from FDA Pharm Classes*

### 9.3.2 FDA UNII

3OWL53L36A

*from FDA Pharm Classes*

### 9.3.3 Pharmacological Classes

| Physiologic Effects [PE] | Increased Diuresis |
|---|---|
| Mechanisms of Action [MoA] | Osmotic Activity |
| Established Pharmacologic Class [EPC] | Osmotic Diuretic |

*from FDA Pharm Classes*

## 9.4 ATC Code

A06AD16 - Mannitol < A06AD - Osmotically acting laxatives < A06A - Drugs for constipation < A06 - Drugs for constipation < A - Alimentary tract and metabolism

*from WHO ATC*

B05BC01 - Mannitol < B05BC - Solutions producing osmotic diuresis < B05B - I.v. solutions < B05 - Blood substitutes and perfusion solutions < B - Blood and blood forming organs

Case 1:16-cv-00876-MSG    Document 92-1    Filed 11/22/17    Page 37 of 61 PageID #: 1516

B05CX04 - Mannitol < B05CX - Other irrigating solutions < B05C - Irrigating solutions < B05 - Blood substitutes and perfusion solutions < B - Blood and blood forming organs

▸ *from WHO ATC*

R05CB16 - Mannitol < R05CB - Mucolytics < R05C - Expectorants, excl. combinations with cough suppressants < R05 - Cough and cold preparations < R - Respiratory system

▸ *from WHO ATC*

## 9.5  Absorption, Distribution and Excretion

Approximately 7% of ingested mannitol is absorbed during gastrointestinal perfusion in uremic patients.

▸ *from DrugBank*

**Route of Elimination**

It is rapidly excreted in the urine.

▸ *from DrugBank*

MANNITOL IS GENERALLY REGARDED AS BEING UNABSORBED FROM GI TRACT. HOWEVER, RECENT WORK CONTRADICTS THIS BELIEF, FOR 18% OF ORAL DOSE OF D-(14)C MANNITOL WAS RECOVERED UNCHANGED IN 48-HR URINE OF HUMAN SUBJECTS & UP TO 19% AS CO2 IN EXPIRED AIR IN 12 HR. 32% PRESENT IN FECES IN 48 HR...UNABSORBED MATERIAL.

*The Chemical Society. Foreign Compound Metabolism in Mammals. Volume 2: A Review of the Literature Published Between 1970 and 1971. London: The Chemical Society, 1972., p. 160*

▸ *from HSDB*

SUBSTANCES /MANNITOL/ HAVING APPARENT VOL OF DISTRIBUTION CORRESPONDING TO TOTAL EXTRACELLUR WATER, WHICH IS ABOUT 20% BODY WT...PENETRATE CAPILLARY MEMBRANES BUT DO NOT PENETRATE CELLULAR MEMBRANES.

*LaDu, B.N., H.G. Mandel, and E.L. Way. Fundamentals of Drug Metabolism and Disposition. Baltimore: Williams and Wilkins, 1971., p. 52*

▸ *from HSDB*

MANNITOL UNDERGOES VERY LITTLE REABSORPTION, & FOR MANY PRACTICAL PURPOSES TUBULE MAY BE CONSIDERED TO BE IMPERMEABLE TO IT. ...OSMOTIC DIURETICS, WHICH, BY DEFINITION, ARE POORLY REABSORBED BY RENAL TUBULES, ARE ALSO NOT ABSORBED FROM GI TRACT. ...THESE AGENTS MUST BE ADMIN PARENTERALLY...TO ACHIEVE EFFECTIVE PLASMA CONCN.

*Goodman, L.S., and A. Gilman. (eds.) The Pharmacological Basis of Therapeutics. 5th ed. New York: Macmillan Publishing Co., Inc., 1975., p. 821*

▸ *from HSDB*

## 9.6  Metabolism/Metabolites

Mannitol is metabolized only slightly, if at all, to glycogen in the liver.

▸ *from DrugBank*

...POLYHYDRIC SUGAR ALC...MANNITOL (C6H14O6)...LARGELY EXCRETED UNCHANGED IN URINE.

*Parke, D. V. The Biochemistry of Foreign Compounds. Oxford: Pergamon Press, 1968., p. 140*

▸ *from HSDB*

MANNITOL OCCURS IN LARGE AMT IN SPORES OF ASPERGILLUS ORYZAE, WHERE IT IS RAPIDLY METABOLIZED IN EARLY STAGES OF GERMINATION. IT IS CONVERTED TO FRUCTOSE BY D-MANNITOL DEHYDROGENASE...

*Bergmeyer, H.W. (ed.). Methods of Enzymatic Analysis. 2nd English ed. New York City: Academic Press, 1974., p. 1271*

▸ *from HSDB*

...FATE OF MANNITOL IN ANIMAL BODY (MONKEYS, RABBITS, RATS, DOGS, ETC) AFTER ABSORPTION FROM DIGESTIVE TRACT INCL LIMITED CONVERSION TO GLYCOGEN IN LIVER & ELIMINATION OF BALANCE UNCHANGED IN URINE.

*Rossoff, I.S. Handbook of Veterinary Drugs. New York: Springer Publishing Company, 1974., p. 329*

▸ *from HSDB*

## 9.7  Biological Half-Life

100 minutes

▸ *from DrugBank*

## 9.8  Mechanism of Action

Mannitol is an osmotic diuretic that is metabolically inert in humans and occurs naturally, as a sugar or sugar alcohol, in fruits and vegetables. Mannitol elevates blood plasma osmolality, resulting in enhanced flow of water from tissues, including the brain and cerebrospinal fluid, into interstitial fluid and plasma. As a result, cerebral edema, elevated intracranial pressure, and cerebrospinal fluid volume and pressure may be reduced. As a diuretic mannitol induces diuresis because it is not reabsorbed in the renal tubule, thereby increasing the osmolality of the glomerular filtrate, facilitating excretion of water, and inhibiting the renal tubular reabsorption of sodium, chloride, and other solutes. Mannitol promotes the urinary excretion of toxic materials and protects against nephrotoxicity by preventing the concentration of toxic substances in the tubular fluid. As an Antiglaucoma agent mannitol levates blood plasma osmolarity, resulting in enhanced flow of water from the eye into plasma and a consequent reduction in intraocular pressure. As a renal function diagnostic aid mannitol is freely filtered by the glomeruli with less than 10% tubular reabsorption. Therefore, its urinary excretion rate may serve as a measurement of glomerular filtration rate (GFR).

*▶ from DrugBank*

MANNITOL IS.../USED/ IN PROPHYLAXIS OF ACUTE RENAL FAILURE. IT IS USED FOR THIS PURPOSE IN CONDITIONS AS DIVERSE AS CARDIOVASCULAR OPERATIONS, SEVERE TRAUMATIC INJURY, OPERATIONS IN THE PRESENCE OF SEVERE JAUNDICE, AND MGMNT OF HEMOLYTIC TRANSFUSION REACTIONS. IN EACH OF THESE CONDITIONS, A PRECIPITOUS FALL IN THE FLOW OF URINE MAY BE ANTICIPATED EITHER AS THE RESULT OF AN ACUTELY REDUCED FILTRATION RATE OR FROM ACUTE CHANGES IN TUBULAR PERMEABILITY. THE LATTER MAY BE CONSEQUENCE OF THE PRESENCE OF NOXIOUS AGENT WITHIN THE TUBULAR FLUID IN EXCESSIVELY HIGH CONCN, IN SOME INSTANCES SUFFICIENT TO RESULT IN ACTUAL PRECIPITATION. IN THESE SITUATIONS, MANNITOL EXERTS OSMOTIC EFFECT WITHIN THE TUBULAR FLUID, INHIBITS WATER REABSORPTION, & MAINTAINS THE RATE OF URINE FLOW. ...CONCN OF TOXIC AGENT WITHIN TUBULAR FLUID DOES NOT REACH EXCESSIVELY HIGH LEVELS THAT OTHERWISE WOULD HAVE BEEN ACHIEVED BY MORE COMPLETE REABSORPTION OF WATER.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 895*

*▶ from HSDB*

...EVEN THOUGH /GLOMERULAR/ FILTRATION RATE IS REDUCED, MANNITOL IS STILL FILTERED @ GLOMERULUS. THE TUBULAR IMPERMEABILITY TO MANNITOL IS NOT ALTERED BY ACUTE RENAL ISCHEMIA OF SHORT DURATION. HENCE, THE MANNITOL THAT IS FILTERED IS ALSO EXCRETED IN THE VOIDED URINE. UNREABSORBED SOLUTE LIMITS BACK DIFFUSION OF WATER. ...URINE VOL CAN BE MAINTAINED EVEN IN PRESENCE OF DECR GLOMERULAR FILTRATION.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 894*

*▶ from HSDB*

## 9.9  Human Metabolite Information

### 9.9.1  Metabolite Description

Mannitol is a diuretic and renal diagnostic aid related to sorbitol. It has little significant energy value as it is largely eliminated from the body before any metabolism can take place. It can be used to treat oliguria associated with kidney failure or other manifestations of inadequate renal function and has been used for determination of glomerular filtration rate. Mannitol is also commonly used as a research tool in cell biological studies, usually to control osmolarity. Chemically, mannitol is an alcohol and a sugar, or a polyol; it is similar to xylitol or sorbitol. However, mannitol has a tendency to lose a hydrogen ion in aqueous solutions, which causes the solution to become acidic. For this, it is not uncommon to add a substance to adjust its pH, such as sodium bicarbonate. Mannitol is a non-permeating molecule i. e. it cannot cross biological membranes. Mannitol or hexan-1, 2, 3, 4, 5, 6-hexol (C6H8(OH)6) is an osmotic diuretic agent and a weak renal vasodilator. It is a sorbitol isomer.

*▶ from Human Metabolome Database (HMDB)*

### 9.9.2  Biofluid Locations

1. Blood
2. Cerebrospinal Fluid (CSF)
3. Feces
4. Saliva
5. Urine

*▶ from Human Metabolome Database (HMDB)*

### 9.9.3  Tissue Locations

1. Brain
2. Skin

*▶ from Human Metabolome Database (HMDB)*

### 9.9.4  Cellular Locations

1. Extracellular
2. Membrane

*▶ from Human Metabolome Database (HMDB)*

### 9.9.5  Associated Disorders and Diseases

**AIDS**

Stein TP, Koerner B, Schluter MD, Leskiw MJ, Gaprindachvilli T, Richards EW, Cope FO, Condolucci D: Weight loss, the gut and the inflammatory response in aids patients. Cytokine. 1997 Feb;9(2):143-7.[PMID:9071566]

Ehrenpreis ED, Salvino M, Craig RM: Improving the serum D-xylose test for the identification of patients with small intestinal malabsorption. J Clin Gastroenterol. 2001 Jul;33(1):36-40.[PMID:11418788]

Heyes MP, Saito K, Lackner A, Wiley CA, Achim CL, Markey SP: Sources of the neurotoxin quinolinic acid in the brain of HIV-1-infected patients and retrovirus-infected macaques. FASEB J. 1998 Jul;12(10):881-96.[PMID:9657528]

Naisbitt DJ, Vilar FJ, Stalford AC, Wilkins EG, Pirmohamed M, Park BK: Plasma cysteine deficiency and decreased reduction of nitrososulfamethoxazole with HIV infection. AIDS Res Hum Retroviruses. 2000 Dec 10;16(18):1929-38.[PMID:11153075]

Megson GM, Stevens DA, Hamilton JR, Denning DW: D-mannitol in cerebrospinal fluid of patients with AIDS and cryptococcal meningitis. J Clin Microbiol. 1996 Jan;34(1):218-21.[PMID:8748311]

Surtees R, Hyland K, Smith I: Central-nervous-system methyl-group metabolism in children with neurological complications of HIV infection. Lancet. 1990 Mar 17;335(8690):619-21.[PMID:1969014]

Ellaurie M, Calvelli T, Rubinstein A: Neopterin concentrations in pediatric human immunodeficiency virus infection as predictor of disease activity. Pediatr Infect Dis J. 1992 Apr;11(4):286-9.[PMID:1565552]

*from Human Metabolome Database (HMDB)*

**Alzheimer's disease**

Redjems-Bennani N, Jeandel C, Lefebvre E, Blain H, Vidailhet M, Gueant JL: Abnormal substrate levels that depend upon mitochondrial function in cerebrospinal fluid from Alzheimer patients. Gerontology. 1998;44(5):300-4.[PMID:9693263]

Raskind MA, Peskind ER, Holmes C, Goldstein DS: Patterns of cerebrospinal fluid catechols support increased central noradrenergic responsiveness in aging and Alzheimer's disease. Biol Psychiatry. 1999 Sep 15;46(6):756-65.[PMID:10494443]

Walter A, Korth U, Hilgert M, Hartmann J, Weichel O, Hilgert M, Fassbender K, Schmitt A, Klein J: Glycerophosphocholine is elevated in cerebrospinal fluid of Alzheimer patients. Neurobiol Aging. 2004 Nov-Dec;25(10):1299-303.[PMID:15465626]

Selley ML, Close DR, Stern SE: The effect of increased concentrations of homocysteine on the concentration of (E)-4-hydroxy-2-nonenal in the plasma and cerebrospinal fluid of patients with Alzheimer's disease. Neurobiol Aging. 2002 May-Jun;23(3):383-8.[PMID:11959400]

Molina JA, Jimenez-Jimenez FJ, Hernanz A, Fernandez-Vivancos E, Medina S, de Bustos F, Gomez-Escalonilla C, Sayed Y: Cerebrospinal fluid levels of thiamine in patients with Alzheimer's disease. J Neural Transm (Vienna). 2002 Jul;109(7-8):1035-44.[PMID:12111441]

Serot JM, Barbe F, Arning E, Bottiglieri T, Franck P, Montagne P, Nicolas JP: Homocysteine and methylmalonic acid concentrations in cerebrospinal fluid: relation with age and Alzheimer's disease. J Neurol Neurosurg Psychiatry. 2005 Nov;76(11):1585-7.[PMID:16227558]

Leoni V, Masterman T, Mousavi FS, Wretlind B, Wahlund LO, Diczfalusy U, Hillert J, Bjorkhem I: Diagnostic use of cerebral and extracerebral oxysterols. Clin Chem Lab Med. 2004 Feb;42(2):186-91.[PMID:15061359]

Lovell MA, Markesbery WR: Ratio of 8-hydroxyguanine in intact DNA to free 8-hydroxyguanine is increased in Alzheimer disease ventricular cerebrospinal fluid. Arch Neurol. 2001 Mar;58(3):392-6.[PMID:11255442]

Shetty HU, Holloway HW, Schapiro MB: Cerebrospinal fluid and plasma distribution of myo-inositol and other polyols in Alzheimer disease. Clin Chem. 1996 Feb;42(2):298-302.[PMID:8595727]

Bar KJ, Franke S, Wenda B, Muller S, Kientsch-Engel R, Stein G, Sauer H: Pentosidine and N(epsilon)-(carboxymethyl)-lysine in Alzheimer's disease and vascular dementia. Neurobiol Aging. 2003 Mar-Apr;24(2):333-8.[PMID:12498967]

Fonteh AN, Harrington RJ, Tsai A, Liao P, Harrington MG: Free amino acid and dipeptide changes in the body fluids from Alzheimer's disease subjects. Amino Acids. 2007 Feb;32(2):213-24. Epub 2006 Oct 10.[PMID:17031479]

Jia JP, Jia JM, Zhou WD, Xu M, Chu CB, Yan X, Sun YX: Differential acetylcholine and choline concentrations in the cerebrospinal fluid of patients with Alzheimer's disease and vascular dementia. Chin Med J (Engl). 2004 Aug;117(8):1161-4.[PMID:15361288]

Abe T, Tohgi H, Isobe C, Murata T, Sato C: Remarkable increase in the concentration of 8-hydroxyguanosine in cerebrospinal fluid from patients with Alzheimer's disease. J Neurosci Res. 2002 Nov 1;70(3):447-50.[PMID:12391605]

Molina JA, Jimenez-Jimenez FJ, Aguilar MV, Meseguer I, Mateos-Vega CJ, Gonzalez-Munoz MJ, de Bustos F, Porta J, Orti-Pareja M, Zurdo M, Barrios E, Martinez-Para MC: Cerebrospinal fluid levels of transition metals in patients with Alzheimer's disease. J Neural Transm (Vienna). 1998;105(4-5):479-88.[PMID:9720975]

Bocca B, Forte G, Petrucci F, Pino A, Marchione F, Bomboi G, Senofonte O, Giubilei F, Alimonti A: Monitoring of chemical elements and oxidative damage in patients affected by Alzheimer's disease. Ann Ist Super Sanita. 2005;41(2):197-203.[PMID:16244393]

Kristensen MO, Gulmann NC, Christensen JE, Ostergaard K, Rasmussen K: Serum cobalamin and methylmalonic acid in Alzheimer dementia. Acta Neurol Scand. 1993 Jun;87(6):475-81.[PMID:8356878]

*from Human Metabolome Database (HMDB)*

**Cytochrome C oxidase deficiency**

Shetty HU, Holloway HW, Rapoport SI: Capillary gas chromatography combined with ion trap detection for quantitative profiling of polyols in cerebrospinal fluid and plasma. Anal Biochem. 1995 Jan 1;224(1):279-85.[PMID:7710082]

MetaGene: http://www.metagene.de/program/d.prg?mp=CYTOCHROME-C-OXIDASE%20DEFICIENCY

*from Human Metabolome Database (HMDB)*

**Lung Cancer**

Wishart DS, Knox C, Guo AC, Eisner R, Young N, Gautam B, Hau DD, Psychogios N, Dong E, Bouatra S, Mandal R, Sinelnikov I, Xia J, Jia L, Cruz JA, Lim E, Sobsey CA, Shrivastava S, Huang P, Liu P, Fang L, Peng J, Fradette R, Cheng D, Tzur D, Clements M, Lewis A, De Souza A, Zuniga A, Dawe M, Xiong Y, Clive D, Greiner R, Nazyrova A, Shaykhutdinov R, Li L, Vogel HJ, Forsythe I: HMDB: a knowledgebase for the human metabolome. Nucleic Acids Res. 2009 Jan;37(Database issue):D603-10. doi: 10.1093/nar/gkn810. Epub 2008 Oct 25.[PMID:18953024]

Stretch C, Eastman T, Mandal R, Eisner R, Wishart DS, Mourtzakis M, Prado CM, Damaraju S, Ball RO, Greiner R, Baracos VE: Prediction of skeletal muscle and fat mass in patients with advanced cancer using a metabolomic approach. J Nutr. 2012 Jan;142(1):14-21. doi: 10.3945/jn.111.147751. Epub 2011 Dec 7. [PMID:22157537]

*from Human Metabolome Database (HMDB)*

**Ribose-5-phosphate isomerase deficiency**

Huck JH, Verhoeven NM, Struys EA, Salomons GS, Jakobs C, van der Knaap MS: Ribose-5-phosphate isomerase deficiency: new inborn error in the pentose phosphate pathway associated with a slowly progressive leukoencephalopathy. Am J Hum Genet. 2004 Apr;74(4):745-51. Epub 2004 Feb 25.[PMID:14988808]

*from Human Metabolome Database (HMDB)*

## 10 Use and Manufacturing

### 10.1 Uses

**JECFA Functional Classes**

Food Additives: BULKING_AGENT; HUMECTANT; STABILIZER; SWEETENER; TEXTURIZER; THICKENER

*▸ from FAO/WHO Food Additive Evaluations - JECFA*

### 10.1.1 Consumer Uses

Personal Care Products

*▸ from EPA Chemicals under the TSCA*

### 10.2 Methods of Manufacturing

...By electrolytic reduction of glucose. Prepn from seaweed; by hydrogenation of invert sugar, monosaccharides, & sucrose.

*Budavari, S. (ed.). The Merck Index - An Encyclopedia of Chemicals, Drugs, and Biologicals. Whitehouse Station, NJ: Merck and Co., Inc., 1996., p. 979*

*▸ from HSDB*

May be extracted from manna and other natural sources with hot alcohol or other selective solvents. Commercially it is produced by catalytic or electrolytic reduction of certain monosaccharides such as mannose and glucose. Manufacture is somewhat complicated by the need for separation of stereoisomers

*GENNARO. REMINGTON'S PHARM SCI 17TH ED 1985 p.935*

*▸ from HSDB*

### 10.3 Formulations/Preparations

MANNITOL, USP (OSMITROL), IS AVAIL FOR IV ADMIN AS MANNITOL INJECTION, USP, & MANNITOL & SODIUM CHLORIDE INJECTION, USP, IN CONCN OF 5, 10, 15, 20, OR 25% MANNITOL IN VOL RANGING FROM 50 TO 1000 ML OF WATER OR 0.3 TO 0.45% SODIUM CHLORIDE SOLN.

*Gilman, A. G., L. S. Goodman, and A. Gilman. (eds). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 896*

*▸ from HSDB*

Grades: Reagent; Commercial; NF; FCC

*Lewis, R.J., Sr (Ed.). Hawley's Condensed Chemical Dictionary. 12th ed. New York, NY: Van Nostrand Rheinhold Co., 1993, p. 730*

*▸ from HSDB*

Resectisol (Amer. McGaw)

*GENNARO. REMINGTON'S PHARM SCI 17TH ED 1985 p.935*

*▸ from HSDB*

### 10.4 U.S. Production

(1972) GREATER THAN 4.54X10+5 GRAMS

*SRI*

*▸ from HSDB*

(1975) GREATER THAN 4.54X10+5 GRAMS

*SRI*

*▸ from HSDB*

### 10.5 U.S. Imports

(1975) 1.42X10+9 GRAMS

*SRI*

*▸ from HSDB*

(1984) 2.13X10+9 g

*BUREAU OF THE CENSUS. U.S. IMPORTS FOR CONSUMPTION AND GENERAL IMPORTS 1984 p.1-390*

from HSDB

# 11 Identification

## 11.1 Analytic Laboratory Methods

COLUMN CHROMATOGRAPHY DEVELOPED BY 85% ISOPROPYL ALC & 15% WATER. CUT MANNITOL FROM COLUMN. ELUTE WITH WARM WATER. ADD SODIUM PERIODATE SOLN & HEAT. COOL & ADD NAHCO3 & POTASSIUM IODIDE. TITRATE WITH 0.05 N SODIUM ARSENITE.

*NRC, FOOD CHEMICALS CODEX, 2ND ED NAS WASH DC (1972)*

▸ *from HSDB*

MANNITOL DETERMINED BY CONVERSION TO ACETATE & GAS CHROMATOGRAPHY.
Abstract: PubMed

*CHAMBERS N ET AL; INT J COSMET SCI 1 (3): 187 (1979)*

▸ *from HSDB*

## 11.2 Clinical Laboratory Methods

A GC/MS METHOD FOR QUANTITATIVE SIMULTANEOUS DETERMINATION OF MANNITOL & SORBITOL IN PLASMA USING N-BUTYLDIBORONATE DERIVATIVES & GALACTITOL INTERNAL STD WAS DEVELOPED. DETECTION LIMITED TO 20 NG/0.1 ML.
Abstract: PubMed

*MARUNAKA T ET AL; J PHARM SCI 72 (JAN): 87 (1983)*

▸ *from HSDB*

# 12 Safety and Hazards

## 12.1 Hazards Identification

### 12.1.1 Health Hazard

SYMPTOMS: Symptoms of exposure to this compound include nausea, vomiting, headache, chills, chest pain and pulmonary edema. It may cause irritation of the skin, eyes and respiratory tract. Other symptoms may include lethargy, confusion, heart failure and death. Exposure has caused an electrolyte and fluid imbalance, hypersensitivity reactions, diarrhea, thirst, fever, tachycardia, hyponatremia, urinary retention, dehydration, blurred vision, convulsions, urticaria, hypotension and hypertension. It has also caused hyperglycemia and glycosuria. Coughing may result from inhalation. Ingestion may cause gastric irritation. Skin contact may cause discoloration of sensitive skin. Eye contact may cause redness and pain. Intravenous use has led to blood pressure elevation and bladder tubule changes. ACUTE/CHRONIC HAZARDS: This compound may cause irritation of the skin, eyes and respiratory tract. When heated to decomposition it emits acrid smoke and toxic fumes of carbon monoxide and carbon dioxide. (NTP, 1992)

> *from CAMEO Chemicals*

### 12.1.2 Fire Hazard

This chemical is probably combustible. (NTP, 1992)

> *from CAMEO Chemicals*

## 12.2 First Aid Measures

### 12.2.1 First Aid

EYES: First check the victim for contact lenses and remove if present. Flush victim's eyes with water or normal saline solution for 20 to 30 minutes while simultaneously calling a hospital or poison control center. Do not put any ointments, oils, or medication in the victim's eyes without specific instructions from a physician. IMMEDIATELY transport the victim after flushing eyes to a hospital even if no symptoms (such as redness or irritation) develop. SKIN: IMMEDIATELY flood affected skin with water while removing and isolating all contaminated clothing. Gently wash all affected skin areas thoroughly with soap and water. If symptoms such as redness or irritation develop, IMMEDIATELY call a physician and be prepared to transport the victim to a hospital for treatment. INHALATION: IMMEDIATELY leave the contaminated area; take deep breaths of fresh air. If symptoms (such as wheezing, coughing, shortness of breath, or burning in the mouth, throat, or chest) develop, call a physician and be prepared to transport the victim to a hospital. Provide proper respiratory protection to rescuers entering an unknown atmosphere. Whenever possible, Self-Contained Breathing Apparatus (SCBA) should be used; if not available, use a level of protection greater than or equal to that advised under Protective Clothing. INGESTION: DO NOT INDUCE VOMITING. If the victim is conscious and not convulsing, give 1 or 2 glasses of water to dilute the chemical and IMMEDIATELY call a hospital or poison control center. Be prepared to transport the victim to a hospital if advised by a physician. If the victim is convulsing or unconscious, do not give anything by mouth, ensure that the victim's airway is open and lay the victim on his/her side with the head lower than the body. DO NOT INDUCE VOMITING. IMMEDIATELY transport the victim to a hospital. (NTP, 1992)

> *from CAMEO Chemicals*

## 12.3 Fire Fighting Measures

### 12.3.1 Fire Fighting

Fires involving this material can be controlled with a dry chemical, carbon dioxide or Halon extinguisher. A water spray may also be used. (NTP, 1992)

> *from CAMEO Chemicals*

## 12.4 Accidental Release Measures

### 12.4.1 Disposal Methods

SRP: At the time of review, criteria for land treatment or burial (sanitary landfill) disposal practices are subject to significant revision. Prior to implementing land disposal of waste residue (including waste sludge), consult with environmental regulatory agencies for guidance on acceptable disposal practices.

> *from HSDB*

## 12.5 Handling and Storage

### 12.5.1 Nonfire Spill Response

SMALL SPILLS AND LEAKAGE: If you spill this chemical, you should dampen the solid spill material with water, then transfer the dampened material to a suitable container. Use absorbent paper dampened with water to pick up any remaining material. Seal your contaminated clothing and the absorbent paper in a vapor-tight

plastic bag for eventual disposal. Wash all contaminated surfaces with a soap and water solution. Do not reenter the contaminated area until the Safety Officer (or other responsible person) has verified that the area has been properly cleaned. STORAGE PRECAUTIONS: You should store this material under ambient temperatures, and keep it away from oxidizing materials. (NTP, 1992)

*▶ from CAMEO Chemicals*

## 12.5.2 Storage Conditions

Mannitol solutions should be stored at room temperature and protected from freezing.

*Trissel, L.A. Handbook on Injectable Drugs. 9th ed. Bethesda, MD. American Society of Health-System Pharmacists' Product Development. 1996., p. 661*

*▶ from HSDB*

## 12.6 Exposure Control and Personal Protection

### 12.6.1 Protective Equipment and Clothing

RECOMMENDED RESPIRATOR: Where the neat test chemical is weighed and diluted, wear a NIOSH-approved half face respirator equipped with an organic vapor/acid gas cartridge (specific for organic vapors, HCl, acid gas and SO2) with a dust/mist filter. (NTP, 1992)

*▶ from CAMEO Chemicals*

## 12.7 Stability and Reactivity

### 12.7.1 Air and Water Reactions

Water soluble.

*▶ from CAMEO Chemicals*

### 12.7.2 Reactive Group

Alcohols and Polyols

*▶ from CAMEO Chemicals*

### 12.7.3 Reactivity Profile

A sugar alcohol. More closely related to carbohydrates than to other polyhydric alcohols [Noller]. Flammable and/or toxic gases are generated by the combination with alkali metals, nitrides, strong reducing agents and strong oxidizing agents.

*▶ from CAMEO Chemicals*

### 12.7.4 Reactivities and Incompatibilities

It has been stated that mannitol is incompatible in strongly acidic and alkaline solutions.

*Trissel, L.A. Handbook on Injectable Drugs. 9th ed. Bethesda, MD. American Society of Health-System Pharmacists' Product Development. 1996., p. 664*

*▶ from HSDB*

## 12.8 Regulatory Information

### 12.8.1 FDA Requirements

Mannitol used as a nutrient and/or dietary supplement in animal drugs, feeds, and related products is generally recognized as safe when used in accordance with good manufacturing or feeding practice.

*21 CFR 582.5470 (4/1/97)*

*▶ from HSDB*

# 13 Toxicity

## 13.1 Toxicological Information

### 13.1.1 Interactions

Hydroxyurea (HU) is a potent mammalian teratogen. Within 2-4 hours after maternal injection, HU causes 1) a rapid episode of embryonic cell death and 2) profound inhibition of embryonic DNA synthesis. A variety of antioxidants delays the onset of embryonic cell death and reduces the incidence of birth defects. Antioxidants do not block the inhibition of DNA synthesis, indicating that early embryonic cell death is not caused by inhibited DNA synthesis. We have suggested that some HU molecules may react within the embryo to produce H2O2 and subsequent free radicals, including the very reactive hydroxyl free radical. The free radicals could cause the early cell death; antioxidants are believed to terminate the aberrant free radical reactions resulting in lessened developmental toxicity. To investigate whether hydroxyl free radicals cause the early episode of cell death, pregnant New Zealand white rabbits were injected subcutaneously on gestational day 12 with a teratogenic dose of HU (650 mg/kg) in the presence or absence of 550 mg/kg of D-mannitol (Man), a specific scavenger of hydroxyl free radicals. Osmotic control rabbits received HU plus 550 mg/kg of xylose (Xyl, a nonactive aldose). At term, the teratologic effects of HU were ameliorated by Man as evidenced by decreased incidences of the expected limb malformations. Xyl exerted no demonstrable effect on HU teratogenesis. Histological examination of limb buds at 3-8 hours after maternal injection, showed that Man delayed the onset of HU-induced cell death by as much as 4 hours. Xyl had no effect. That Man acts within the embryo was shown by performing intracoelomic injections on alternate implantation sites with Man, Xyl, or saline followed by subcutaneous injection of the pregnant doe with HU. Embryos were harvested 3-8 hours later. Limb buds from saline- and Xyl-injected embryos exhibited the typical pattern of widespread HU-induced cell death at 3-4 hours, whereas Man-injected embryos did not exhibit cell death until 5-8 hours. These results are consistent with those reported for antioxidant-mediated amelioration of HU-induced developmental toxicity and with the hypothesis that hydroxyl free radicals are the proximate reactive species in HU-induced early embryonic cell death.
Abstract: PubMed

*Desesso JM et al; Teratology 49 (4): 248-59 (1994)*

▸ <em>from HSDB</em>

... Pentobarbital attenuated the blood-brain barrier disruption induced by hyperosmolar mannitol. This may be attributed, at least in part, to the blood pressure effect of pentobarbital. Implications: When the blood-brain barrier (BBB) was disrupted by a hyperosmolar solution, pentobarbital attenuated the degree of leakage of the blood-brain barrier. Systemic hypotension caused by pentobarbital played a significant role in decreasing the leakage. Our study suggests that when the blood-brain barrier is disrupted, pentobarbital may be effective in protecting the blood-brain barrier. Furthermore, systemic blood pressure plays an important role in determining the degree of disruption.
Abstract: PubMed

*Chi OZ et al; Anesth Analg 86 (6): 1230-5 (1998)*

▸ <em>from HSDB</em>

### 13.1.2 Toxicity Summary

$LD_{50}$=1700 mg/kg (rat oral)

▸ <em>from DrugBank</em>

### 13.1.3 Antidote and Emergency Treatment

SIX PATIENTS WITH SEVERE MANNITOL INTOXICATION WERE TREATED WITH HEMODIALYSIS & ONE WITH PERITONEAL DIALYSIS. MANNITOL HAD HALF-LIFE OF APPROX 36 HR DURING INTERVALS WITHOUT TREATMENT. IDEAL TREATMENT IS HEMODIALYSIS WHICH RAPIDLY REMOVES MANNITOL (HALF-LIFE, 6 HR) & REPLACES IT WITH SODIUM; PERITONEAL DIALYSIS REMOVED MANNITOL SLOWLY (HALF-LIFE, 21 HR).
Abstract: PubMed

*BORGES HF ET AL; ARCH INTERN MED 142 (1): 63 (1982)*

▸ <em>from HSDB</em>

### 13.1.4 Human Toxicity Excerpts

...DEHYDRATION, & MASSIVE DIURESIS ARE COMMON UNTOWARD EFFECTS OF MANNITOL. ... OCCASIONALLY CAUSED AGITATION, DISORIENTATION, & CONVULSIONS. LARGE DOSES MAY CAUSE ACUTE INCR IN INTRAVASCULAR VOL, RESULTING IN CONGESTIVE HEART FAILURE OR INTRACRANIAL HEMORRHAGE.

*American Medical Association, AMA Department of Drugs. AMA Drug Evaluations. 4th ed. Chicago: American Medical Association, 1980., p. 366*

▸ <em>from HSDB</em>

HEADACHE, NAUSEA, VOMITING, CHILLS, DIZZINESS, POLYDIPSIA, LETHARGY, CONFUSION, & SENSATION OF CONSTRICTION OR PAIN IN CHEST HAVE BEEN OBSERVED FOLLOWING INFUSION OF MANNITOL. FATALITIES HAVE OCCURRED AFTER LARGE DOSES.

*American Medical Association, AMA Department of Drugs. AMA Drug Evaluations. 3rd ed. Littleton, Massachusetts: PSG Publishing Co., Inc., 1977., p. 92*

▸ <em>from HSDB</em>

TOO RAPID ADMIN OF LARGE AMT WILL DRAW INTRACELLULAR WATER INTO EXTRACELLULAR SPACE, CAUSING CELLULAR DEHYDRATION & OVEREXPANSION OF INTRAVASCULAR SPACE WITH CONGESTIVE HEART FAILURE & PULMONARY EDEMA. HYPONATREMIA IS A COMMON PROBLEM. ...MAY INCR CEREBRAL BLOOD FLOW & THUS THE RISK OF POSTOPERATIVE BLEEDING IN NEUROSURGICAL PATIENTS.

*American Medical Association, AMA Department of Drugs. AMA Drug Evaluations. 4th ed. Chicago: American Medical Association, 1980., p. 604*

⏵ from HSDB

A VARIETY OF SIGNS & SYMPTOMS SUGGESTIVE OF HYPERSENSITIVITY REACTIONS HAS OCCURRED IN OCCASIONAL PATIENTS.

  *Gilman, A. G., L. S. Goodman, and A. Gilman. (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed. New York: Macmillan Publishing Co., Inc. 1980., p. 296*

⏵ from HSDB

... Osmotic diuretics are contraindicated in patients who are anuric due to severe renal disease or who are unresponsive to test doses of the drugs. Both mannitol and urea are contraindicated in patients with active cranial bleeding.

  *Hardman, J.G., L.E. Limbird, P.B. Molinoff, R.W. Ruddon, A.G. Goodman (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 9th ed. New York, NY: McGraw-Hill, 1996., p. 696*

⏵ from HSDB

PURPOSE: We studied which irrigating fluid, glycine 1.5% or mannitol 3%, is associated with the most favorable adverse effects profile when absorbed by the patient during transurethral resection of the prostate. MATERIALS AND METHODS: Irrigating fluid bags containing mannitol 3% or glycine 1.5%, both with added ethanol 1% as an indicator of fluid absorption, were used in a randomized double-blind fashion during 394 transurethral prostatic resections. The incidence of 13 symptoms was studied in 52 patients (13%) who absorbed more than 500 ml. fluid. RESULTS: The incidence of circulatory symptoms did not differ between the fluids but the risk of neurological symptoms, such as nausea, after transurethral prostatic resection was 4.8 times higher when glycine 1.5% was absorbed (p <0.04). An increase of 1,000 ml. in the volume of irrigant absorbed increased the overall risk for circulatory symptoms by a factor of 3.4 (p <0.03) and the risk of neurological symptoms by a factor of 4.4 (p <0.02). CONCLUSIONS: Absorption of mannitol 3% during transurethral prostatic resection is associated with fewer neurological symptoms than glycine 1.5%.
Abstract: PubMed

  *Hahn RG et al; J Urol 160 (2): 397-401 (1998)*

⏵ from HSDB

This report describes a sudden decrease in blood pressure after conservative treatment of acute intracranial hypertension. A 63-year-old woman with acute hydrocephalus after undergoing clipping of an aneurysm of the right supracerebellar artery developed increased intracranial pressure, necessitating surgical management. On the operating table, the patient developed Cushing's reflex. Mannitol injection combined with hyperventilation was begun immediately to reduce her intracranial pressure. Fifteen minutes later, a sudden and prolonged suppression of circulation was observed (blood pressure 65/35-85/40 mm Hg, heart rate 90-100 beats/min). Postoperatively, computed tomography of the head showed compression of the brain stem. We believe that this patient's blood pressure decrease was related to a sudden reduction of intracranial pressure and that mannitol injection was principally responsible for this occurrence.
Abstract: PubMed

  *Inoue S et al; J Neurosurg Anesthesiol 10 (2): 113-5 (1998)*

⏵ from HSDB

## 13.1.5  Non-Human Toxicity Excerpts

REPEATED ADMIN OF LARGE DOSES OF...MANNITOL TO EXPTL ANIMALS HAS NOT RESULTED IN SIGNIFICANT ALTERATIONS OF RENAL TUBULAR FUNCTIONS.

  *Goodman, L.S., and A. Gilman. (eds.) The Pharmacological Basis of Therapeutics. 5th ed. New York: Macmillan Publishing Co., Inc., 1975., p. 822*

⏵ from HSDB

REPORTS OF NEPHROPATHY APPEAR TO BE TEMPORARY & SIMILAR TO THAT PRODUCED BY GLUCOSE.

  *Rossoff, I.S. Handbook of Veterinary Drugs. New York: Springer Publishing Company, 1974., p. 329*

⏵ from HSDB

IN RATS GIVEN REPEATED IP INJECTIONS OF MANNITOL THERE WERE NO SIGNIFICANT DIFFERENCES IN REVERSIBLE HYDROPIC VACUOLAR CHANGES IN CELLS OF RENAL PROXIMAL CONVOLUTED TUBULES.

  *PERAZZO JC, MONSERRAT AJ; IRCS MED SCI: LIBR COMPEND 6(8) 314 (1978)*

⏵ from HSDB

IP INJECTIONS IN RATS OF 2 DIFFERENT DOSES OF HYPERTONIC SOLN CONTAINING MANNITOL CAUSED COMPLEX & DIFFERENTIAL CHANGES IN BRAIN AMINO ACIDS (MOSTLY ALIPHATIC & BASIC AMINO ACIDS) AS WELL AS INCREASING GAMMA-AMINOBUTYRIC ACID. WHEN PLASMA OSMOLALITIES WERE ELEVATED TO TOXIC LEVELS (397-432 MOSM/KG H2O) BRAIN SODIUM WAS INCR, WHEREAS PLASMA SODIUM WAS DECR. BRAIN POTASSIUM WAS NOT AFFECTED. BRAIN WATER DECR CONCOMITANT WITH ELEVATION OF PLASMA OSMOLALITY. AMMONIA WAS STIMULATED.
Abstract: PubMed

  *CHAN PH ET AL; BRAIN RES 225 (1): 143 (1981)*

⏵ from HSDB

MANNITOL-INDUCED RESP & CIRCULATORY COLLAPSE WERE STUDIED IN DOGS.

  *STIFF JL ET AL; ANESTH ANALG (CLEVE) 58 (1): 42 (1979)*

⏵ from HSDB

DIETS CONTAINING 2.5 OR 5% D-MANNITOL WERE FED TO 50 F344 RATS & 50 B6C3F1 MICE OF EACH SEX FOR 103 WK. SIMILAR GROUPS SERVED AS CONTROLS. THERE WERE NO STATISTICALLY SIGNIFICANT INCREASES IN TUMOR INCIDENCE IN ANY TREATED GROUP WHEN COMPARED TO CONTROLS.
Abstract: PubMed

  *ABDO KM ET AL; FOOD CHEM TOXICOL 21 (3): 259 (1983)*

⏵ from HSDB

... Under the conditions of this bioassay, D-mannitol was not carcinogenic for F344/N rats or B6C3F1 mice of either sex. Levels of Evidence of Carcinogenicity: Male Rats: Negative; Female Rats: Negative; Male Mice: Negative; Female Mice: Negative.

*Carcinogenesis Bioassay D-Mannitol in F344/N Rats and B6C3F1 Mice. Technical Report Series No. 236 (1982) NIH Publication No. 82-1792 U.S. Department of Health and Human Services, National Toxicology Program, National Institute of Environmental Health Sciences, Research Triangle Park, NC 27709*

▸ from HSDB

A carcinogenesis bioassay of D-mannitol (98%–100% pure), a food and drug additive, was conducted by feeding diets containing 25,000 or 50,000 ppm D-mannitol to groups of 50 F344/N rats and 50 B6C3F1 mice of each sex for 103 weeks. Groups of 50 rats and 50 mice of each sex served as controls. Survival and mean body weights of dosed control male rats and of dosed and control mice of each sex were comparable. Survival of high-dose female rats was significantly higher (P<0.05) than that of the low-dose female rats. However, neither the survival of the low-dose group nor that of the high-dose group was significantly different from that of the controls. Throughout the study, mean body weight gain of dosed female rats was depressed (<= 10%) relative to that of controls. Feed consumption by dosed and control rats and mice of each sex was similar. Although the rats and mice of each sex might have been able to tolerate higher doses, a dietary level of 50,000 ppm (5%) is the maximum concentration of a test substance in feed recommended in the guidelines of the Bioassay Program. Dilatation of the gastric fundal gland was observed in increased incidence in dosed female rats when compared with that of controls (control, 6/50, 12%; low dose, 23/50, 46%; high dose 23/50, 46%). Retinopathy and cataracts occurred at increased incidences in high-dose males and in low- and highdose female rats. A mild nephrosis, characterized by focal vacuolization of renal tubular epithelium, was observed in increased incidence in dosed mice of each sex and was considered to be related to administration of D-mannitol (males: control, 15/50, 30%; low dose, 29/50, 58%; high dose, 30/47, 64%; females: control, 1/48, 2%; low dose, 3/48, 6%; high dose, 14/49, 29%). Under the conditions of this bioassay, D-mannitol was not carcinogenic for F344/N rats or B6C3F1 mice of either sex.

*Carcinogenesis Bioassay D-Mannitol in F344/N Rats and B6C3F1 Mice. Technical Report Series No. 236 (1982) NIH Publication No. 82-1792 U.S. Department of Health and Human Services, National Toxicology Program, National Institute of Environmental Health Sciences, Research Triangle Park, NC 27709*

▸ from HSDB

## 13.1.6 Non-Human Toxicity Values

LD50 Rat oral 13,500 mg/kg

*Lewis, R.J. Sax's Dangerous Properties of Industrial Materials. 9th ed. Volumes 1-3. New York, NY: Van Nostrand Reinhold, 1996., p. 1802*

▸ from HSDB

LD50 Rat iv 9690 mg/kg

*Lewis, R.J. Sax's Dangerous Properties of Industrial Materials. 9th ed. Volumes 1-3. New York, NY: Van Nostrand Reinhold, 1996., p. 1802*

▸ from HSDB

LD50 Mouse oral 22 g/kg

*Lewis, R.J. Sax's Dangerous Properties of Industrial Materials. 9th ed. Volumes 1-3. New York, NY: Van Nostrand Reinhold, 1996., p. 1802*

▸ from HSDB

LD50 Mouse ip 14 g/kg

*Lewis, R.J. Sax's Dangerous Properties of Industrial Materials. 9th ed. Volumes 1-3. New York, NY: Van Nostrand Reinhold, 1996., p. 1802*

▸ from HSDB

LD50 Mouse iv 7470 mg/kg

*Lewis, R.J. Sax's Dangerous Properties of Industrial Materials. 9th ed. Volumes 1-3. New York, NY: Van Nostrand Reinhold, 1996., p. 1802*

▸ from HSDB

## 13.1.7 National Toxicology Program Reports

A carcinogenesis bioassay of D-mannitol (98%–100% pure) ... was conducted by feeding diets containing 25,000 or 50,000 ppm D-mannitol to groups of 50 F344/N rats and 50 B6C3F1 mice of each sex for 103 wk. Groups of 50 rats and 50 mice of each sex served as controls. Survival and mean body weights of dosed and control male rats and of dosed and control mice of each sex were comparable. ... Under the conditions of this bioassay, D-mannitol was not carcinogenic for F344/N rats or B6C3F1 mice of either sex. Levels of Evidence of Carcinogenicity: Male Rats: Negative; Female Rats: Negative; Male Mice: Negative; Female Mice: Negative.

*Carcinogenesis Bioassay D-Mannitol in F344/N Rats and B6C3F1 Mice. Technical Report Series No. 236 (1982) NIH Publication No. 82-1792 U.S. Department of Health and Human Services, National Toxicology Program, National Institute of Environmental Health Sciences, Research Triangle Park, NC 27709*

▸ from HSDB

## 13.1.8 Protein Binding

None

▸ from DrugBank

## 13.2 Ecological Information

### 13.2.1 Environmental Fate/Exposure Summary

D-Mannitol's production and use as a flavorant and non-nutritive sweetener may result in its release to the environment through various waste streams. D-Mannitol is widespread in nature. It is found to a significant extent in the exudates of trees and shrubs such as the plane tree, manna ash and olive tree. D-Mannitol occurs in pumpkin, hedge parsley, onions, celery, strawberries, the genus Euonymus, the genus Hebe, cocoa bean, grasses, lilac, Digitalis purpurea, mistletoe and lichens. If released to air, an estimated vapor pressure of 4.9X10-9 mm Hg at 25 deg C indicates D-mannitol will exist in the particulate phase. Particulate-phase D-mannitol will be removed from the atmosphere by wet and dry deposition. If released to soil, D-mannitol is expected to have very high mobility based upon an estimated Koc of 5. Volatilization from moist soil surfaces is not expected to be an important fate process based upon an estimated Henry's Law constant of 7.3X10-13 atm-cu m/mole. D-Mannitol is a simple sugar alcohol and should be readily biodegraded in the environment. If released into water, D-mannitol is not expected to adsorb to suspended solids and sediment in the water column based upon the estimated Koc. Volatilization from water surfaces is not expected to be an important fate process based upon this compound's estimated Henry's Law constant. An estimated BCF of 1 suggests bioconcentration in aquatic organisms is low. Occupational exposure to D-mannitol may occur through inhalation of dust particles and dermal contact with this compound at workplaces where D-mannitol is produced or used. The general population may be exposed to D-mannitol through the ingestion of fruits and foods that contain this compound. (SRC)

> *from HSDB*

### 13.2.2 Natural Occurring Sources

D-Mannitol is widespread in nature(SRC). It is found to a significant extent in the exudates of trees and shrubs such as the plane tree, manna ash and olive tree(1). D-Mannitol occurs in pumpkin, hedge parsley, onions, celery, strawberries, the genus Euonymus, the genus Hebe, cocoa bean, grasses, lilac, Digitalis purpurea, mistletoe and lichens(1).

*(1) Lawson ME; Kirk-Othmer Encycl Chem Tech 4th ed. Kroschwitz JI ed. John Wiley & Sons 23: 97 (1997)*

> *from HSDB*

### 13.2.3 Artificial Sources

D-Mannitol's production and use as a flavorant and non-nutritive sweetener(1) may result in its release to the environment through various waste streams(SRC).

*(1) Budvari S; Merck Index, 12th ed, Whitehouse Station, NJ Merck & Co. p. 1490 (1996)*

> *from HSDB*

### 13.2.4 Environmental Fate

TERRESTRIAL FATE: Based on a classification scheme(1), an estimated Koc value of 5(SRC), determined from a water solubility of 2.16X10+5 mg/l(2) and a regression-derived equation(3), indicates that D-mannitol is expected to have very high mobility in soil(SRC). Volatilization of D-mannitol from moist soil surfaces is not expected to be an important fate process(SRC) given an estimated Henry's Law constant of 7.3X10-13 atm-cu m/mole(SRC), using a fragment constant estimation method(4). D-Mannitol is not expected to volatilize from dry soil surfaces(SRC) based upon an estimated vapor pressure of 4.9X10-9 mm Hg(SRC), determined from a fragment constant method(5). D-Mannitol is a simple sugar alcohol and should be readily biodegraded in the environment(SRC).

*(1) Swann RL et al; Res Rev 85: 23 (1983) (2) Yalkowsky SH, Dannenfelser RM; Aquasol Database of Aqueous Solubility. Version 5. College of Pharmacy, University of Arizona - Tucson, AZ (1992) (3) Lyman WJ et al; Handbook of Chemical Property Estimation Methods. Washington,DC: Amer Chem Soc pp. 4-5 (1990) (4) Meylan WM, Howard PH; Environ Toxicol Chem 10: 1283-93 (1991) (5) Lyman WJ; p. 31 in Environmental Exposure From Chemicals Vol I, Neely WB, Blau GE (eds), Boca Raton,FL: CRC Press (1985)*

> *from HSDB*

AQUATIC FATE: Based on a classification scheme(1), an estimated Koc value of 5(SRC), determined from a water solubility of 2.16X10+5 mg/l(2) and a regression-derived equation(3), indicates that D-mannitol is not expected to adsorb to suspended solids and sediment in water(SRC). Volatilization from water surfaces is not expected(3) based upon an estimated Henry's Law constant of 7.3X10-13 atm-cu m/mole(SRC), developed using a fragment constant estimation method(4). According to a classification scheme(5), an estimated BCF of 1(3,SRC), from its water solubility(2) suggests the potential for bioconcentration in aquatic organisms is low(SRC). D-Mannitol is a simple sugar alcohol and should be readily biodegraded in the environment(SRC).

*(1) Swann RL et al; Res Rev 85: 23 (1983) (2) Yalkowsky SH, Dannenfelser RM; Aquasol Database of Aqueous Solubility. Version 5. College of Pharmacy, University of Arizona - Tucson, AZ (1992) (3) Lyman WJ et al; Handbook of Chemical Property Estimation Methods. Washington,DC: Amer Chem Soc pp. 4-5, 5-3, 5-10, 15-1 to 15-29 (1990) (4) Meylan WM, Howard PH; Environ Toxicol Chem 10: 1283-93 (1991) (5) Franke C et al; Chemosphere 29: 1501-14 (1994)*

> *from HSDB*

ATMOSPHERIC FATE: According to a model of gas/particle partitioning of semivolatile organic compounds in the atmosphere(1), D-mannitol, which has an estimated vapor pressure of 4.3X10-9 mm Hg at 25 deg C(2), is expected to exist in the particulate phase in the ambient atmosphere. Particulate-phase D-mannitol may be removed from the air by wet and dry deposition(SRC).

*(1) Bidleman TF; Environ Sci Technol 22: 361-367 (1988) (2) Lyman WJ; p. 31 in Environmental Exposure From Chemicals Vol I, Neely WB, Blau GE (eds), Boca Raton,FL: CRC Press (1985)*

> *from HSDB*

### 13.2.5 Biodegradation

D-Mannitol is a simple sugar alcohol and should be readily biodegraded in the environment. (SRC)

> *from HSDB*

### 13.2.6 Abiotic Degradation

D-Mannitol is not expected to undergo hydrolysis in the environment due to the lack of hydrolyzable functional groups(1) nor to directly photolyze due to the lack of absorption in the environmental UV spectrum.

*(1) Lyman WJ et al; Handbook of Chemical Property Estimation Methods. Washington,DC: Amer Chem Soc pp. 7-4, 7-5 (1990)*

*▸ from HSDB*

### 13.2.7 Bioconcentration

An estimated BCF of 1 was calculated for D-mannitol(SRC), using a water solubility of 2.16X10+5 mg/l(1) and a regression-derived equation(2). According to a classification scheme(3), this BCF suggests the potential for bioconcentration in aquatic organisms is low(SRC).

*(1) Yalkowsky SH, Dannenfelser RM; Aquasol Database of Aqueous Solubility. Version 5. College of Pharmacy, University of Arizona - Tucson, AZ (1992) (2) Lyman WJ et al; Handbook of Chemical Property Estimation Methods. Washington,DC: Amer Chem Soc pp. 5-3, 5-10 (1990) (3) Franke C et al; Chemosphere 29: 1501-14 (1994)*

*▸ from HSDB*

### 13.2.8 Soil Adsorption/Mobility

The Koc of D-mannitol is estimated as approximately 5(SRC), using a water solubility of 2.16X10+5 mg/l(1) and a regression-derived equation(2). According to a classification scheme(3), this estimated Koc value suggests that D-mannitol is expected to have very high mobility in soil(SRC).

*(1) Yalkowsky SH, Dannenfelser RM; Aquasol Database of Aqueous Solubility. Version 5. College of Pharmacy, University of Arizona - Tucson, AZ (1992) (2) Lyman WJ et al; Handbook of Chemical Property Estimation Methods. Washington,DC: Amer Chem Soc pp. 4-5 (1990) (3) Swann RL et al; Res Rev 85: 23 (1983)*

*▸ from HSDB*

### 13.2.9 Volatilization from Water/Soil

The Henry's Law constant for D-mannitol is estimated as 7.3X10-13 atm-cu m/mole(SRC) using a fragment constant estimation method(1). This Henry's Law constant indicates that D-mannitol is expected to be essentially nonvolatile from water surfaces(2). D-Mannitol's Henry's Law constant(1,SRC) indicates that volatilization from moist soil surfaces is not expected(SRC). D-Mannitol is not expected to volatilize from dry soil surfaces(SRC) based upon an estimated vapor pressure of 4.9X10-9 mm Hg(SRC), determined from a fragment constant method(3).

*(1) Meylan WM, Howard PH; Environ Toxicol Chem 10: 1283-93 (1991) (2) Lyman WJ et al; Handbook of Chemical Property Estimation Methods. Washington,DC: Amer Chem Soc pp. 15-1 to 15-29 (1990) (3) Lyman WJ; p. 31 in Environmental Exposure From Chemicals Vol I, Neely WB, Blau GE (eds), Boca Raton,FL: CRC Press (1985)*

*▸ from HSDB*

### 13.2.10 Plant Concentrations

D-mannitol is widespread in nature(SRC). It is found to a significant extent in the exudates of trees and shrubs such as the plane tree, manna ash and olive tree(1). D-Mannitol occurs in pumpkin, hedge parsley, onions, celery, strawberries, the genus Euonymus, the genus Hebe, cocoa bean, grasses, lilac, Digitalis purpurea, mistletoe and lichens(1).

*(1) Lawson ME; Kirk-Othmer Encycl Chem Tech 4th ed. Kroschwitz JI ed. John Wiley & Sons 23: 97 (1997)*

*▸ from HSDB*

### 13.2.11 Probable Routes of Human Exposure

NIOSH (NOES Survey 1981-1983) has statistically estimated that 11,641 workers (9,148 of these are female) are potentially exposed to D-mannitol in the US(1). Occupational exposure to D-mannitol may occur through inhalation of dust particles and dermal contact with this compound at workplaces where D-mannitol is produced or used(SRC). The general population may be exposed to D-mannitol through the ingestion of fruits and foods that contain this compound(SRC).

*(1) NIOSH; National Occupational Exposure Survey (NOES) (1983)*

*▸ from HSDB*

# 14 Literature

## 14.1 Depositor Provided PubMed Citations

CLICK TO LOAD...

*from PubChem*

## 14.2 NLM Curated PubMed Citations

CLICK TO LOAD...

*from PubChem*

## 14.3 Synthesis References

Walter M. Kruse, "Process for preparing mannitol from glucose." U.S. Patent US4029878, issued August, 1956.

*from DrugBank*

Zhang, Chaohui; Wang, Jianping; He, Junlin. Preparation of mannitol from sucrose with high yield. Faming Zhuanli Shenqing Gongkai Shuomingshu (2005), 11 pp.

*from Human Metabolome Database (HMDB)*

## 14.4 General References

Cruz J, Minoja G, Okuchi K: Improving clinical outcomes from acute subdural hematomas with the emergency preoperative administration of high doses of mannitol: a randomized trial. Neurosurgery. 2001 Oct;49(4):864-71.
Abstract: PubMed

*from DrugBank*

Cruz J, Minoja G, Okuchi K: Major clinical and physiological benefits of early high doses of mannitol for intraparenchymal temporal lobe hemorrhages with abnormal pupillary widening: a randomized trial. Neurosurgery. 2002 Sep;51(3):628-37; discussion 637-8.
Abstract: PubMed

*from DrugBank*

Cruz J, Minoja G, Okuchi K, Facco E: Successful use of the new high-dose mannitol treatment in patients with Glasgow Coma Scale scores of 3 and bilateral abnormal pupillary widening: a randomized trial. J Neurosurg. 2004 Mar;100(3):376-83.
Abstract: PubMed

*from DrugBank*

Roberts I, Smith R, Evans S: Doubts over head injury studies. BMJ. 2007 Feb 24;334(7590):392-4.
Abstract: PubMed

*from DrugBank*

Wakai A, Roberts I, Schierhout G: Mannitol for acute traumatic brain injury. Cochrane Database Syst Rev. 2005 Oct 19;(4):CD001049.
Abstract: PubMed

*from DrugBank*

Wang YM, van Eys J: Nutritional significance of fructose and sugar alcohols. Annu Rev Nutr. 1981;1:437-75.
Abstract: PubMed

▸ from DrugBank

## 14.5  Metabolite References

⬇ Download

| PMID | Reference |
|---|---|
| 7710082 | Shetty HU, Holloway HW, Rapoport SI: Capillary gas chromatography combined with ion trap detection for quantitative profiling of polyols in cerebrospinal fluid and plasma. Anal Biochem. 1995 Jan 1;224(1):279-85. |
| 12576970 | Polderman KH, van de Kraats G, Dixon JM, Vandertop WP, Girbes AR: Increases in spinal fluid osmolarity induced by mannitol. Crit Care Med. 2003 Feb;31(2):584-90. |
| 8929495 | Zunkeler B, Carson RE, Olson J, Blasberg RG, DeVroom H, Lutz RJ, Saris SC, Wright DC, Kammerer W, Patronas NJ, Dedrick RL, Herscovitch P, Oldfield EH: Quantification and pharmacokinetics of blood-brain barrier disruption in humans. J Neurosurg. 1996 Dec;85(6):1056-65. |
| 12476007 | Dreher F, Patouillet C, Fouchard F, Zanini M, Messager A, Roguet R, Cottin M, Leclaire J, Benech-Kieffer F: Improvement of the experimental setup to assess cutaneous bioavailability on human skin models: dynamic protocol. Skin Pharmacol Appl Skin Physiol. 2002;15 Suppl 1:31-9. |
| 15212884 | Schramm-Baxter J, Mitragotri S: Needle-free jet injections: dependence of jet penetration and dispersion in the skin on jet power. J Control Release. 2004 Jul 7;97(3):527-35. |

1 to 5 of 25    View More

▸ from Human Metabolome Database (HMDB)

## 14.6  Springer Nature References

CLICK TO LOAD...

▸ from Springer Nature

## 15 Patents

### 15.1 Depositor-Supplied Patent Identifiers

CLICK TO LOAD...

▶ *from PubChem*

## 16  Biomolecular Interactions and Pathways

### 16.1  Protein Bound 3-D Structures

CLICK TO LOAD...

*from PubChem*

### 16.2  Biosystems and Pathways

CLICK TO LOAD...

*from PubChem*

### 16.3  DrugBank Interactions

| Enzyme | Mannitol dehydrogenase |
|---|---|
| Action | substrate |
| General Function | Nucleotide binding |
| Gene Name | mtlD |
| GenBank Gene | AF007800 |
| Reference | Wang YM, van Eys J: Nutritional significance of fructose and sugar alcohols. Annu Rev Nutr. 1981;1:437-75. Abstract: PubMed |

*from DrugBank*

| Transporter | Multidrug resistance protein 1 |
|---|---|
| Action | substrate |
| General Function | Xenobiotic-transporting atpase activity |
| Specific Function | Energy-dependent efflux pump responsible for decreased drug accumulation in multidrug-resistant cells. |
| Gene Name | ABCB1 |
| GenBank Gene | M14758 |
| GenBank Protein | 307180 |
| Reference | Faassen F, Vogel G, Spanings H, Vromans H: Caco-2 permeability, P-glycoprotein transport ratios and brain penetration of heterocyclic drugs. Int J Pharm. 2003 Sep 16;263(1-2):113-22. Abstract: PubMed |

*from DrugBank*

## 17 Biological Test Results

### 17.1 BioAssay Results

CLICK TO LOAD...

*from PubChem*

# 18 Classification

## 18.1 Ontologies

### 18.1.1 MeSH Tree

CLICK TO LOAD...

*from MeSH*

### 18.1.2 ChEBI Ontology

CLICK TO LOAD...

*from ChEBI*

### 18.1.3 KEGG: Metabolite

CLICK TO LOAD...

*from KEGG*

### 18.1.4 KEGG: Drug

CLICK TO LOAD...

*from KEGG*

### 18.1.5 KEGG: ATC

CLICK TO LOAD...

▸ from KEGG

### 18.1.6 KEGG: JP15

CLICK TO LOAD...

▸ from KEGG

### 18.1.7 KEGG: Additive

CLICK TO LOAD...

▸ from KEGG

### 18.1.8 WHO ATC Classification System

CLICK TO LOAD...

▸ from WHO ATC

### 18.1.9 FDA Pharm Classes

CLICK TO LOAD...

*from FDA Pharm Classes*

### 18.1.10 WIPO IPC

CLICK TO LOAD...

*from WIPO*

### 18.1.11 ChemIDplus

CLICK TO LOAD...

*from ChemIDplus*

## 19 Information Sources

1. **CAMEO Chemicals /source/CAMEO Chemicals**
   *D-MANNITOL*
   *https://cameochemicals.noaa.gov/chemical/20585 https://cameochemicals.noaa.gov/chemical/20585*

2. **ChemIDplus /source/ChemIDplus**
   *Mannitol [USP]*
   *https://chem.nlm.nih.gov/chemidplus/sid/0000069658 https://chem.nlm.nih.gov/chemidplus/sid/0000069658*
   *DL-Mannitol*
   *https://chem.nlm.nih.gov/chemidplus/sid/0000087785 https://chem.nlm.nih.gov/chemidplus/sid/0000087785*
   *ChemIDplus Chemical Information Classification*
   *https://chem.sis.nlm.nih.gov/chemidplus/chemidheavy.jsp https://chem.sis.nlm.nih.gov/chemidplus/chemidheavy.jsp*

3. **DrugBank /source/DrugBank**
   *Mannitol*
   *http://www.drugbank.ca/drugs/DB00742 http://www.drugbank.ca/drugs/DB00742*
   *http://www.drugbank.ca/drugs/DB00742#enzymes http://www.drugbank.ca/drugs/DB00742#enzymes*
   *http://www.drugbank.ca/drugs/DB00742#transporters http://www.drugbank.ca/drugs/DB00742#transporters*

4. **EPA Chemicals under the TSCA /source/EPA Chemicals under the TSCA**
   *D-Mannitol*
   *http://www.epa.gov/chemical-data-reporting http://www.epa.gov/chemical-data-reporting*

5. **EPA DSSTox /source/EPA DSSTox**
   *D-Mannitol*
   *https://comptox.epa.gov/dashboard/dsstoxdb/results?search=DTXSID1023235 https://comptox.epa.gov/dashboard/dsstoxdb/results?search=DTXSID1023235*

6. **European Chemicals Agency – ECHA /source/European Chemicals Agency – ECHA**
   *D-mannitol*
   *https://echa.europa.eu/ https://echa.europa.eu/*

7. **Human Metabolome Database (HMDB) /source/Human Metabolome Database (HMDB)**
   *Mannitol*
   *http://www.hmdb.ca/metabolites/HMDB0000765 http://www.hmdb.ca/metabolites/HMDB0000765*

8. **FDA Pharm Classes /source/FDA Pharm Classes**
   *MANNITOL*
   *https://www.accessdata.fda.gov/spl/data/45daa929-1f70-4123-85b1-30f2368d9af5/45daa929-1f70-4123-85b1-30f2368d9af5.xml*
   *https://www.accessdata.fda.gov/spl/data/45daa929-1f70-4123-85b1-30f2368d9af5/45daa929-1f70-4123-85b1-30f2368d9af5.xml*
   *FDA Pharmacological Classification*
   *https://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm162549.htm*
   *https://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm162549.htm*

9. **NCIt /source/NCIt**
   *Mannitol*
   *https://ncit.nci.nih.gov/ncitbrowser/ConceptReport.jsp?dictionary=NCI_Thesaurus&ns=NCI_Thesaurus&code=C625 https://ncit.nci.nih.gov/ncitbrowser/ConceptReport.jsp?dictionary=NCI_Thesaurus&ns=NCI_Thesaurus&code=C625*

10. **HSDB /source/HSDB**
    *D-MANNITOL*
    *https://toxnet.nlm.nih.gov/cgi-bin/sis/search/r?dbs+hsdb:@term+@rn+@rel+69-65-8 https://toxnet.nlm.nih.gov/cgi-bin/sis/search/r?dbs+hsdb:@term+@rn+@rel+69-65-8*

11. **ClinicalTrials.gov /source/ClinicalTrials.gov**
    *D-mannitol*
    *https://clinicaltrials.gov/ https://clinicaltrials.gov/*

12. **DailyMed /source/DailyMed**
    *MANNITOL*
    *https://dailymed.nlm.nih.gov/dailymed/search.cfm?labeltype=all&query=MANNITOL https://dailymed.nlm.nih.gov/dailymed/search.cfm?labeltype=all&query=MANNITOL*
    *MANNITOL; SORBITOL*
    *https://dailymed.nlm.nih.gov/dailymed/search.cfm?labeltype=all&query=SORBITOL-MANNITOL https://dailymed.nlm.nih.gov/dailymed/search.cfm?labeltype=all&query=SORBITOL-MANNITOL*

13. **FDA/SPL Indexing Data /source/FDA/SPL Indexing Data**
    *3OWL53L36A*
    *https://www.fda.gov/ForIndustry/DataStandards/SubstanceRegistrationSystem-UniqueIngredientIdentifierUNII/*
    *https://www.fda.gov/ForIndustry/DataStandards/SubstanceRegistrationSystem-UniqueIngredientIdentifierUNII/*

14. **FAO/WHO Food Additive Evaluations - JECFA /source/FAO/WHO Food Additive Evaluations - JECFA**
    *MANNITOL*
    *http://apps.who.int/food-additives-contaminants-jecfa-database/chemical.aspx?chemID=5119 http://apps.who.int/food-additives-contaminants-jecfa-database/chemical.aspx?chemID=5119*

15. **FDA Orange Book** /source/FDA Orange Book

*MANNITOL*
*https://www.fda.gov/Drugs/InformationOnDrugs/ucm129662.htm https://www.fda.gov/Drugs/InformationOnDrugs/ucm129662.htm*

16. **PubMed Health** /source/PubMed Health

*Mannitol*
*http://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0001107/ http://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0001107/*
*Aridol*
*http://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0011032/ http://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0011032/*
*Osmitrol*
*http://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0011034/ http://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0011034/*
*Mannitol (Wash or rinse)*
*http://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0011035/ http://www.ncbi.nlm.nih.gov/pubmedhealth/PMHT0011035/*

17. **SpectraBase** /source/SpectraBase

*https://spectrabase.com/compound/D7LhQBnq726#Fn7vj1EqLXT https://spectrabase.com/compound/D7LhQBnq726#Fn7vj1EqLXT*
*https://spectrabase.com/compound/D7LhQBnq726#13WDpJkRT2i https://spectrabase.com/compound/D7LhQBnq726#13WDpJkRT2i*
*https://spectrabase.com/compound/D7LhQBnq726#AB7AG1LD4uM https://spectrabase.com/compound/D7LhQBnq726#AB7AG1LD4uM*
*https://spectrabase.com/compound/D7LhQBnq726#1TfEazy4b1L https://spectrabase.com/compound/D7LhQBnq726#1TfEazy4b1L*
*https://spectrabase.com/compound/D7LhQBnq726#E35ps0T4xlQ https://spectrabase.com/compound/D7LhQBnq726#E35ps0T4xlQ*
*https://spectrabase.com/compound/D7LhQBnq726#UUP94gebx3 https://spectrabase.com/compound/D7LhQBnq726#UUP94gebx3*
*https://spectrabase.com/compound/D7LhQBnq726#d0XD91grZY https://spectrabase.com/compound/D7LhQBnq726#d0XD91grZY*
*https://spectrabase.com/compound/D7LhQBnq726#DmpQ9ml3Sbz https://spectrabase.com/compound/D7LhQBnq726#DmpQ9ml3Sbz*
*https://spectrabase.com/compound/D7LhQBnq726#FyLhplloliq https://spectrabase.com/compound/D7LhQBnq726#FyLhplloliq*

18. **Springer Nature** /source/Springer Nature

*mannitol*
*https://pubchem.ncbi.nlm.nih.gov/substance/341139346 https://pubchem.ncbi.nlm.nih.gov/substance/341139346*

19. **The Cambridge Structural Database** /source/The Cambridge Structural Database

*The Cambridge Structural Database provides access to 3D structures of molecules determined experimentally using diffraction techniques.*
*http://www.ccdc.cam.ac.uk/pages/Home.aspx http://www.ccdc.cam.ac.uk/pages/Home.aspx*

20. **WHO ATC** /source/WHO ATC

*https://www.whocc.no/atc/ https://www.whocc.no/atc/*
*ATC Code*
*https://www.whocc.no/atc_ddd_index/ https://www.whocc.no/atc_ddd_index/*

21. **Wikipedia** /source/Wikipedia

*mannitol*
*https://en.wikipedia.org/wiki/Mannitol https://en.wikipedia.org/wiki/Mannitol*

22. PubChem

*Data deposited in or computed by PubChem*
*https://pubchem.ncbi.nlm.nih.gov https://pubchem.ncbi.nlm.nih.gov*

23. **MeSH** /source/MeSH

*Mannitol*
*https://www.ncbi.nlm.nih.gov/mesh/68008353 https://www.ncbi.nlm.nih.gov/mesh/68008353*
*MeSH Tree*
*http://www.nlm.nih.gov/mesh/meshhome.html http://www.nlm.nih.gov/mesh/meshhome.html*
*Diuretics, Osmotic*
*https://www.ncbi.nlm.nih.gov/mesh/68004234 https://www.ncbi.nlm.nih.gov/mesh/68004234*
*Sweetening Agents*
*https://www.ncbi.nlm.nih.gov/mesh/68013549 https://www.ncbi.nlm.nih.gov/mesh/68013549*

24. **ChEBI** /source/ChEBI

*ChEBI Ontology*
*http://www.ebi.ac.uk/chebi/userManualForward.do#ChEBI%20Ontology http://www.ebi.ac.uk/chebi/userManualForward.do#ChEBI%20Ontology*

25. **KEGG** /source/KEGG

*Compounds with biological roles*
*http://www.genome.jp/dbget-bin/www_bget?brite:br08001 http://www.genome.jp/dbget-bin/www_bget?brite:br08001*
*Therapeutic category of drugs in Japan*
*http://www.genome.jp/dbget-bin/www_bget?brite:br08301 http://www.genome.jp/dbget-bin/www_bget?brite:br08301*
*Anatomical Therapeutic Chemical (ATC) classification*
*http://www.genome.jp/dbget-bin/www_bget?brite:br08303 http://www.genome.jp/dbget-bin/www_bget?brite:br08303*
*Drugs listed in the Japanese Pharmacopoeia*
*http://www.genome.jp/dbget-bin/www_bget?brite:br08311 http://www.genome.jp/dbget-bin/www_bget?brite:br08311*
*Pharmaceutical additives in Japan*
*http://www.genome.jp/dbget-bin/www_bget?brite:br08316 http://www.genome.jp/dbget-bin/www_bget?brite:br08316*

26. **WIPO** /source/WIPO

*International Patent Classification*
*http://www.wipo.int/classifications/ipc/ http://www.wipo.int/classifications/ipc/*

27. NCBI

Case 1:16-cv-00876-MSG   Document 92-1   Filed 11/22/17   Page 61 of 61 PageID #: 1540

LinkOut is a service that allows one to link directly from NCBI databases to a wide range of information and services beyond NCBI systems.

https://www.ncbi.nlm.nih.gov/projects/linkout https://www.ncbi.nlm.nih.gov/projects/linkout